# EXHIBIT B



United States Department of State

Washington, D.C. 20520

AUG 2 3 2017

Dear Requester,

RE: _Index to all birth and death records for the Panama Canal Zone_

This is in response to your request dated _07/30/2017_, which was received on _08/11/2017_. We have assigned Case Control Number _F-2017-14380_ and will begin the processing of your request based upon the information provided in your communication.

The cut-off date is the date the search is initiated unless you have provided a specific timeframe.

Unusual circumstances (including the number and location of Department components involved in responding to your request, the volume of requested records, etc.) may arise that would require additional time to process your request.

We will notify you as soon as responsive material has been retrieved and reviewed.

Should you have any questions, you may call our FOIA Requester Service Center at (202) 261-8484 or send an email to FOIAstatus@state.gov. Please refer to the Case Control Number in any communication.

Sincerely,

Requester Communications Branch
Office of Information Programs & Services

*Office of Information Programs and Services*
*U.S. Department of State, SA-2*
*Washington, DC 20522-8100*
*Website: www.foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8484*
*FAX: 1-202-261-8579*
*E-mail: FOIAStatus@state.gov*

**Fees:** The Freedom of Information Act (FOIA) provides that agencies may assess fees to recover the direct costs of processing requests, unless a fee waiver has been granted.

According to our regulations, by making a FOIA request, you have agreed to pay all applicable fees up to $25 unless a fee waiver has been granted. You may specify a willingness to pay a greater amount. If the estimated fees exceed this limit, you will be notified. **Please do not send payment in advance. If there are fees incurred in the processing of your request, you will be notified of the amount owed in separate correspondence.**

\_\_\_\_\_ You have stated your willingness to pay the fees incurred in the processing of this request up to $_____.

✓ Please let us know if you are willing to pay the fees that will be incurred in the processing of your request. You may set a limit of the maximum amount that you wish to pay. Please be advised that, without an agreement to pay fees, your request will be processed without cost up to the required first 2 hours of search time (for all other requester category only) and duplication of the first 100 pages (for all other, media, educational and non-commercial scientific requester categories).

Based upon the information that you have provided, we have placed you in the requester category checked below. This request will be processed in accordance with the fee schedule designated for that category (see 22 C.F.R. 171).

\_\_\_\_\_ **Commercial Use Requesters** – Charges may be assessed that recover the full direct costs of searching for, reviewing for release, and duplicating the record(s) sought.

\_\_\_\_\_ **Educational Institution Requesters** – Charges may be assessed that recover the cost of duplicating the record(s) sought only, after the first 100 pages of duplication.

\_\_\_\_\_ **Non-commercial Scientific Institution Requesters** – Charges may be assessed that recover the cost of duplicating the record(s) sought only, after the first 100 pages of duplication.

\_\_\_\_\_ **Representatives of the News Media** – Charges may be assessed that recover the cost of duplicating the record(s) sought only, after the first 100 pages of duplication.

✓ **All Other Requesters** – Charges may be assessed that recover the full reasonable direct cost of searching for and duplicating the record(s) sought, after the first 100 pages of duplication, and the first two hours of search time.

\_\_\_\_\_ You have indicated your inclusion in a category different than the one indicated above. Please forward the information requested on the enclosed sheet titled "Requester Categories" to substantiate your inclusion in a particular category of requester.

We will notify you of the costs incurred in processing your request as soon as the search for, and review of, any responsive documents have been completed.

### Requests for Passport Records
/Birth & Death Abroad

Please note that requests for passport records should be directed to the Bureau of Consular Affairs, Office of Passport Services, Law Enforcement Liaison Division (CA/PPT/S/L/LE), for processing. We recommend that you review the information required by the Office of Passport Services to access passport records on their website – www.travel.state.gov. Their website contains all pertinent information needed to access records, including the services they provide for obtaining certified copies, etc.

Should you have any questions, please contact the Bureau of Consular Affairs directly. Their contact information is:

U.S. Department of State
Law Enforcement Liaison Division
CA/PPT/S/L/LE
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227
Telephone: (202) 485-6550
https://travel.state.gov/content/passports/en/passports/services/obtain-copies-of-passport-records.html