# EXHIBIT E

 Gmail

**Alec Ferretti <al13fe26@gmail.com>**

---

## F-2017-14380 Status

**FOIA Status** <FOIAStatus@state.gov>
To: Alec Ferretti <al13fe26@gmail.com>

Fri, Mar 8, 2019 at 2:29 PM

Dear Alec Ferretti,

This is in response to your email below concerning your FOIA case control number F-2017-14380.

Your request is in process. You will be notified of the results of the Department's search and review efforts in response to this request as soon as that information becomes available.

Please note that the Department currently has a backlog of approximately 11,000 cases.  As the Department continues to work through its backlog, it is mindful of its accountability to the public.

We truly appreciate your continued patience.

If you have further concerns or any questions regarding any FOIA-related matter, please contact the FOIA Requester Service Center (FRSC) at 202-261-8484 or send an e-mail to foiastatus@state.gov.

Regards,

U.S. Department of State
FOIA Requester Service Center

**From:** Alec Ferretti <al13fe26@gmail.com>
**Sent:** Thursday, January 17, 2019 11:40 AM
**To:** FOIA Status <FOIAStatus@state.gov>
**Subject:** F-2017-14380 Status

To whom it may concern,

I would like to inquire about the status of my pending FOIA request which was received on August, 11.  My control number is F-2017-14380. Thank you.

--

Alec Ferretti