# EXHIBIT H

 Gmail

**Alec Ferretti <al13fe26@gmail.com>**

---

## FOIA Request: F-2017-14380 - Missing Data Required

**Alec Ferretti** <al13fe26@gmail.com>                              Thu, Jun 10, 2021 at 4:40 PM
To: "Bryant, Mario E" <BryantME@state.gov>

Hi

Please see pages 11 and 12 of the attached PDF which discuss the disposition of Panama Canal Zone records.  I believe the records span 1904-1979.

On Thu, Jun 10, 2021 at 4:30 PM Bryant, Mario E <BryantME@state.gov> wrote:

> Good Evening Mr. Ferretti,
>
> I am the analyst that is processing the FOIA request that you submitted to The Department of State for records in the attached document.  However, it is very difficult to process this request and ask other offices within DOS to conduct a search on a request that does not provide a particular time frame.  I need to have a time frame that is missing in the request in order for us to conduct a search of possible records.  Please provide that to me as soon as possible. Thank you, in advance.
>
>
>
>
> Mario E. Bryant
>
> FOIA Analyst
>
> Contractor - CORTEK
>
> A/GIS/IPS
>
> *bryantme@state.gov*

--
Alec Ferretti

---

 **State Department Disposition of Records.pdf**
431K

## U.S. Department of State Records Schedule

### Chapter 13: Passport Records

**Passport Records**

| A-13-001-01a(1) | **Passport Case Files - Passport and Citizenship Case Files, 1925-1970.** |
|---|---|
| **Description:** | a. Case files containing one or more of the following types of records: passport applications; Reports of Birth of American Citizens Abroad; Certificates of Witness to Marriage; Applications for Amendment or Extension of Passport; Certificates of Loss of Nationality; and other supporting forms, documents and correspondence pertaining to each case.

(1) Reports of Birth of American Citizens Abroad, Certificates of Witness to Marriage, Certificates of Loss of Nationality, and Oaths of Repatriation. |
| **Disposition:** | Permanent. Transfer to the National Archives when 50 years old. |
| **DispAuthNo:** | NC1-059-79-12, item 2a          **Date Edited:**     2/24/2009 |

| A-13-001-01a(2) | **Passport Case Files - Passport and Citizenship Case Files, 1925-1970.** |
|---|---|
| **Description:** | a. Case files containing one or more of the following types of records: passport applications; Reports of Birth of American Citizens Abroad; Certificates of Witness to Marriage; Applications for Amendment or Extension of Passport; Certificates of Loss of Nationality; and other supporting forms, documents and correspondence pertaining to each case.

(2) All other records. |
| **Disposition:** | Destroy when 100 years old. (Supersedes NN 165-119, item 1) |
| **DispAuthNo:** | NC1-059-79-12, item 2b          **Date Edited:**     2/24/2009 |

| A-13-001-01b(1) | **Passport Case Files - Passport Case Files, 1978-1982.** |
|---|---|
| **Description:** | b. Consist of passport applications with photograph attached; applications for amendment or extension of passports; and related correspondence.

(1) Paper records that have been microfilmed (beginning in 1978). |
| **Disposition:** | Transfer to WNRC in quarterly accumulations after it has been determined that the microfilm copies have been made in accordance with GSA and NARA regulations and are adequate substitutes for the paper records. Destroy when 15 years old. |
| **DispAuthNo:** | NC1-059-79-12, item 1a          **Date Edited:**     2/24/2009 |

## U.S. Department of State Records Schedule

### Chapter 13: Passport Records

| A-13-001-01b(2)(a) | **Passport Case Files -  Passport Case Files, 1978-1982.** |
|---|---|
| **Description:** | b. Consist of passport applications with photograph attached; applications for amendment or extension of passports; and related correspondence. |
| | (2)  Microfilm, 1978-82. |
| | (a)  Original Silver Halide (Archival). |
| **Disposition:** | Transfer to WNRC monthly. Destroy when 100 years old. |
| **DispAuthNo:** | NC1-059-79-12, item 1b          **Date Edited:**      2/24/2009 |

| A-13-001-01b(2)(b) | **Passport Case Files -  Passport Case Files, 1978-1982.** |
|---|---|
| **Description:** | b. Consist of passport applications with photograph attached; applications for amendment or extension of passports; and related correspondence, subject to Freedom of Information and Privacy Act protection. |
| | (2)  Microfilm, 1978-82. |
| | (b)  Duplicate Diazo copies. |
| **Disposition:** | Retain in PPT. Destroy when active agency use ceases. (ref. NC1-59-79-12, item 1b) |
| **DispAuthNo:** | N1-059-04-02, item 1b(2)(b)          **Date Edited:**      2/26/2009 |

| A-13-001-01b(3) | **Passport Case Files -  Passport Case Files, 1971 - Present** |
|---|---|
| **Description:** | b. Consist of passport applications with photograph attached; applications for amendment or extension of passports; and related correspondence. |
| | (3)  Paper records not microfilmed, 1971 - Present |
| **Disposition:** | Transfer to WNRC when 5 years old. Destroy when 100 years old.  (Ref. NN-165-119, item 1b.  Supersedes NC159-79-12, item 1c) |
| **DispAuthNo:** | N1-059-90-23, item 1(3)          **Date Edited:**      11/6/2018 |

## U.S. Department of State Records Schedule

### Chapter 13: Passport Records

| | |
|---|---|
| **A-13-001-01c(1)** | **Passport Case Files - Passport Case Files, 1983-1999.** |
| **Description:** | c.  Consist of passport applications with photograph attached; applications for amendment or extension of passports; and related correspondence. |
| | (1)  Paper records that have been microfilmed. |
| **Disposition:** | Transfer to WNRC in weekly accumulations after it has been determined that the microfilm copies have been made in accordance with GSA and NARA regulations and are adequate substitutes for the paper records. Destroy when 15 years old. |
| **DispAuthNo:** | NC1-059-79-12, item 1a          **Date Edited:**    2/24/2009 |

| | |
|---|---|
| **A-13-001-01c(2)(a)** | **Passport Case Files - Passport Case Files, 1983-1999.** |
| **Description:** | c.  Consist of passport applications with photograph attached; applications for amendment or extension of passports; and related correspondence. |
| | (2)  Microfilm. |
| | (a)  Original Silver Halide (Archival). |
| **Disposition:** | Transfer to WNRC monthly. Destroy when 100 years old. |
| **DispAuthNo:** | NC1-059-79-12, item 1b          **Date Edited:**    2/24/2009 |

| | |
|---|---|
| **A-13-001-01c(2)(b)** | **Passport Case Files -  Passport Case Files, 1983-1999.** |
| **Description:** | c.  Consist of passport applications with photograph attached; applications for amendment or extension of passports; and related correspondence, subject to Freedom of Information and Privacy Act protection. |
| | (2)  Microfilm. |
| | (b)  Duplicate Diazo copies. |
| **Disposition:** | Retain in PPT. Destroy upon imaging to optical disk or when active agency use ceases. (ref. NC1-59-79-12, item 1b) |
| **DispAuthNo:** | N1-059-04-02, item 1c(2)(b)          **Date Edited:**    2/26/2009 |

## U.S. Department of State Records Schedule

### Chapter 13: Passport Records

| A-13-001-01d | **Passport Case Files - A and P Passport and Citizenship Case Files 1910-present.** |
|---|---|
| **Description:** | d.  Consists of a wide variety of citizenship files including abandoned applications, registration applications, expired look-out files and other related material. |
| **Disposition:** | Transfer to WNRC on an annual basis. Disposition not approved. |
| **DispAuthNo:** | N1-059-96-05, item 1d |

**Date Edited:**    2/24/2009

| A-13-001-02 | **Passport Books: Recovered, Surrendered, Unclaimed or Found** |
|---|---|
| **Description:** | These passports books were issued to individuals who have returned them on their own initiative or at the request of the Department of State or other Government agency or have been found, recovered, and/or forwarded to Passport Services (PPT/TO/RS).  They include Diplomatic or other official passports issued to military personnel who are either discharged, retired or deceased during the validity period of the passport; No Fee passports issued to Peace Corps volunteers; tourist passports; and all other passports. |
| **Disposition:** | Destroy after receipt has been logged into PIERS database or successor electronic database. (ref. N1-059-96-5, item 2) |
| **DispAuthNo:** | N1-059-04-02, item 2 |

**Date Edited:**    3/2/2006

| A-13-001-03a(1) | **Passport Authorization Sheets or Records** |
|---|---|
| **Description:** | a.  Lists Issued by Consular Posts.  Arranged numerically, giving passport number, name and address of person to whom issued. |
|  | (1)  Paper. |
| **Disposition:** | Transfer immediately to WNRC. Destroy when 50 years old. (ref. N1-059-96-5, item 3a(1)) |
| **DispAuthNo:** | N1-059-04-02, item 3a(1) |

**Date Edited:**    3/2/2006

| A-13-001-03a(2) | **Passport Authorization Sheets or Records** |
|---|---|
| **Description:** | a.  Lists Issued by Consular Posts.  Arranged numerically, giving passport number, name and address of person to whom issued. |
|  | (2)  Microfilm. |
| **Disposition:** | Destroy when 100 years old. |
| **DispAuthNo:** | N1-059-96-05, item 3a(2) |

**Date Edited:**    4/1/1999

## U.S. Department of State Records Schedule

### Chapter 13: Passport Records

| | |
|---|---|
| **A-13-001-03b** | **Passport Authorization Sheets or Records** |
| **Description:** | b.  Index Cards.  Arranged alphabetically.  Master index to issuances 1909 through 1978 (paper records).  Contains index cards with information on passport issuance, registration, consular reports of birth, and other information. |
| **Disposition:** | Transfer immediately to WNRC.  Destroy when 100 years old. |
| **DispAuthNo:** | N1-059-96-05, item 3b |

**Date Edited:**     4/1/1999

| | |
|---|---|
| **A-13-001-03c(1)** | **Passport Authorization Sheets or Records** |
| **Description:** | c.  Microfilm Master Index to Issuances, 1909-1978. |
| | (1)  Original Silver Halide (Archival). |
| **Disposition:** | Transfer to WNRC. Destroy when 100 years old. |
| **DispAuthNo:** | N1-059-96-05, item 3c(1) |

**Date Edited:**     4/1/1999

| | |
|---|---|
| **A-13-001-03c(2)** | **Passport Authorization Sheets or Records** |
| **Description:** | c.  Microfilm Master Index to Issuances, 1909-1978. |
| | (2)  Duplicate Diazo copies. |
| **Disposition:** | Retain in PPT. Destroy when active agency use ceases. (ref. N1-059-96-5, item 3c(2)) |
| **DispAuthNo:** | N1-059-04-02, item 3c(2) |

**Date Edited:**     3/2/2006

| | |
|---|---|
| **A-13-001-04** | **Reports of Passports Issued** |
| **Description:** | Accounting statistical reports. |
| **Disposition:** | Destroy when 5 years old. (ref. N1-059-96-5, item 4) |
| **DispAuthNo:** | N1-059-04-02, item 4 |

**Date Edited:**     3/2/2006

| | |
|---|---|
| **A-13-001-05a** | **Passport Accounting Records - Accounting records showing money received, deposited, or refunded by Passport Services.  Also includes copies of cash receipts.** |
| **Description:** | a.  Consular cash receipts (DS-233). |
| **Disposition:** | Destroy when 2 years old. (ref. N1-059-96-5, item 5a) |
| **DispAuthNo:** | N1-059-04-02, item 5a |

**Date Edited:**     3/2/2006

## U.S. Department of State Records Schedule

### Chapter 13: Passport Records

| | |
|---|---|
| **A-13-001-05b** | **Passport Accounting Records - Accounting records showing money received, deposited, or refunded by Passport Services.  Also includes copies of cash receipts.** |
| **Description:** | b.  All other accounting records. |
| **Disposition:** | Destroy when 5 years old. (ref. N1-059-96-5, item 5b) |
| **DispAuthNo:** | N1-059-04-02, item 5b        **Date Edited:**      3/6/2006 |

| | |
|---|---|
| **A-13-001-06** | **Requests for Authorization** |
| **Description:** | Communications between the passport agencies and Passport Services requesting authorization from the Department to issue or extend passports, granting such authorizations, and forwarding applications.  These communications are routine in nature and not a part of the individual case file. |
| **Disposition:** | Destroy when 1 year old. (ref. NC1-59-77-17) |
| **DispAuthNo:** | N1-059-04-02, item 6        **Date Edited:**      3/2/2006 |

| | |
|---|---|
| **A-13-001-07** | **Authorizations for a No-Fee Passport** |
| **Description:** | Original copies of requests from other government agencies for renewal, modification, or amendment of an existing no fee passport (not original issue). |
| **Disposition:** | Destroy when 4 years old. (ref. N1-059-96-5, item 7) |
| **DispAuthNo:** | N1-059-04-02, item 7        **Date Edited:**      3/2/2006 |

| | |
|---|---|
| **A-13-001-08** | **Blank Passport Correspondence and Receipts File** |
| **Description:** | Consists of receipts for passports, certificates and cards of identity and registration; correspondence between the Department, posts and passport agencies on the requisitioning, forwarding and receipting of blank passports; reports of the number of blank passports on hand, together with inclusive serial numbers; reports on mutilated passports; correspondence regarding the transfer of blank passports from one post to another; other routine correspondence on the maintenance and accounting of an adequate supply of passports at the post or agency. |
| **Disposition:** | Destroy when 2 years old. (ref. N1-059-96-5, item 8) |
| **DispAuthNo:** | N1-059-04-02, item 8        **Date Edited:**      3/2/2006 |

## U.S. Department of State Records Schedule

### Chapter 13: Passport Records

| | |
|---|---|
| **A-13-001-09** | **General Passport Correspondence** |
| **Description:** | Correspondence pertaining to such matters as requests for passports, routine explanations of the legal restrictions on the issuance of passports, requests for information regarding the availability and cost of transportation, with replies thereto, subject to Freedom of Information and Privacy Act protection. |
| **Disposition:** | Destroy when 1 year old. (ref. N1-059-96-5, item 9) |
| **DispAuthNo:** | N1-059-04-02, item 9 |
| | **Date Edited:**    3/2/2006 |

| | |
|---|---|
| **A-13-001-10** | **Routine Requests** |
| **Description:** | Requests for application blanks, copies of passport rules and regulations, visa regulations, and other travel information. |
| **Disposition:** | Destroy when reply is made. (ref. N1-059-96-5, item 10) |
| **DispAuthNo:** | N1-059-04-02, item 10 |
| | **Date Edited:**    3/2/2006 |

| | |
|---|---|
| **A-13-001-11** | **Transmittal Letters** |
| **Description:** | Letters used by clerks of court to transmit applications to Passport Services Office which do not contain other information pertinent to an application. |
| **Disposition:** | Destroy after checking enclosures. (ref. N1-059-96-5, item 11) |
| **DispAuthNo:** | N1-059-04-02, item 11 |
| | **Date Edited:**    3/2/2006 |

## U.S. Department of State Records Schedule

### *Chapter 13: Passport Records*

| | |
|---|---|
| **A-13-001-12a** | **Access and Disclosure Request Files** |
| **Description:** | Case files created in response to requests for information (Passport Records) under the Freedom of Information Act (FOIA), Mandatory Declassification Review (MDR) process, Privacy Act (PA), Classification Challenge, and similar access programs, and completed by: |

• granting the request in full
• granting the request in part
• denying the request for any reason including:
  o inability to fulfill request because records do not exist
  o inability to fulfill request because request inadequately describes records
  o inability to fulfill request because search or reproduction fees are not paid

• final adjudication on appeal to any of the above original settlements
• final agency action in response to court remand on appeal

Includes:
• requests (either first-party or third-party)
• replies
• copies of requested records
• administrative appeals
• related supporting documents (such as sanitizing instructions)

Note 1: Record copies of requested records remain covered by their original disposal authority, but if disposable sooner than their associated access/disclosure case file, may be retained under this item for disposition with that case file.

Note 2: Agencies may wish to retain redacted copies of requested records for business use after the rest of the associated request case file is destroyed.

| | |
|---|---|
| **Disposition:** | Temporary. Destroy 6 years after final agency action or 3 years after final adjudication by the courts, whichever is later, but longer retention is authorized if required for business use. (Supersedes GRS 14, item 11; GRS 14, item 12; and GRS 14, item 21) |
| **DispAuthNo:** | DAA-GRS-2016-0002-0001 (G     **Date Edited:**     9/11/2017 |

## U.S. Department of State Records Schedule

### Chapter 13: Passport Records

| A-13-001-12b | **Privacy Act Amendment Request Files** |
|---|---|
| **Description:** | Files relating to an individual's request to amend a record pertaining to that individual under 5 U.S.C. §552a(d)(2), to the individual's request for review of an agency's refusal to amend a record under 5 U.S.C. §552a(d)(3), and to any civil action or appeal brought by the individual against the refusing agency under 5 U.S.C. §552a(g). Includes:<br><br>• requests to amend and to review refusal to amend<br>• copies of agency's replies<br>• statement of disagreement<br>• agency justification for refusal to amend a record<br>• appeals<br>• related materials |
| **Disposition:** | Temporary. Destroy with the records for which amendment was requested or 4 years after close of case (final determination by agency or final adjudication, whichever applies), whichever is later. Longer retention is authorized if required for business use. (Supersedes GRS 14, item 22) |
| **DispAuthNo:** | DAA-GRS-2013-0007-0007 (G        **Date Edited:**    9/11/2017 |

| A-13-001-13 | **Clerk of Court Correspondence** |
|---|---|
| **Description:** | Correspondence between the Passport Services and clerks of courts regarding such matters as request for information on the countries in which passports are required, the specific forms to be used under certain conditions, the requirements for establishing citizenship, the names of foreign consular officers within the United States, the amendment of passports because of changes in names, marital status, etc., and transmittal of specimen signatures. |
| **Disposition:** | Destroy when 1 year old. (ref. N1-059-96-5, item 13) |
| **DispAuthNo:** | N1-059-04-02, item 13        **Date Edited:**    3/2/2006 |

| A-13-001-14 | **Passport Subject File** |
|---|---|
| **Description:** | Consists of documentation, including studies and reports, of the policies, regulations and legislation governing passport issuance, and the administrative and operational procedures of the Passport Services. |
| **Disposition:** | Permanent.  Transfer to WNRC when 10 years old.  Offer to the National Archives when 25 years old. (ref. N1-059-96-5, item 14) |
| **DispAuthNo:** | N1-059-04-02, item 14        **Date Edited:**    3/2/2006 |

## U.S. Department of State Records Schedule

### *Chapter 13: Passport Records*

| A-13-001-15a | **Vital Records File** |
|---|---|
| **Description:** | Consists of Reports of Birth of American Citizens Abroad and supporting forms, documents and correspondence pertaining to each case; Certificates of Witness to Marriage; Certificates of Loss of Nationality; Oaths of Repatriation and Reports of Death, 1925-present.  NOTE: Prior to 1971, some records were attached to the passport applications.  (Since 1971 they are maintained in a separate file, alphabetically organized, to be kept in 10-year blocks.)  See schedule for A-13-001-1a(1).<br><br>a.  Paper Records. |
| **Disposition:** | Permanent.  Transfer to WNRC when digitally imaged.  Transfer to the National Archives when 25 years old. (Supersedes N1-059-96-5, item 15a). |
| **DispAuthNo:** | N1-059-04-02, item 15a          **Date Edited:**      3/2/2006 |

| A-13-001-15b | **Vital Records File** |
|---|---|
| **Description:** | Consists of Reports of Birth of American Citizens Abroad and supporting forms, documents and correspondence pertaining to each case; Certificates of Witness to Marriage; Certificates of Loss of Nationality; Oaths of Repatriation and Reports of Death, 1925-present.  NOTE: Prior to 1971, some records were attached to the passport applications.  (Since 1971 they are maintained in a separate file, alphabetically organized, to be kept in 10-year blocks.)  See schedule for A-13-001-1a(1).<br><br>b.  Original Silver Halide Microfilm (Archival) |
| **Disposition:** | Disposition not approved.  Transfer to the WNRC on a monthly basis. |
| **DispAuthNo:** | N1-059-96-05, item 15b          **Date Edited:**      2/24/2009 |

| A-13-001-15c | **Vital Records File** |
|---|---|
| **Description:** | Consists of Reports of Birth of American Citizens Abroad; Certificates of Witness to Marriage; Certificates of Loss of Nationality; Oaths of Repatriation and Reports of Death, 1925-1999.  NOTE: Prior to 1971, some records were attached to the passport applications.  (Since 1971 they are maintained in a separate file, alphabetically organized, to be kept in 10-year blocks.)  See schedule for Item A-13-001-1a(1).<br><br>c.  Duplicate Diazo Microfilm. |
| **Disposition:** | Disposition when active agency use ceases. |
| **DispAuthNo:** | N1-059-04-02, item 15c          **Date Edited:**      3/2/2006 |

## U.S. Department of State Records Schedule

### Chapter 13: Passport Records

| | |
|---|---|
| **A-13-001-15d** | **Vital Records File** |
| **Description:** | Panama Canal Zone Birth Certificates, adoption records and related documents for persons born between 1904 and 1979 in the Panama Canal Zone or in hospitals administered by the U.S. Government in Panama City or Colon. |
| | e. Paper Records |
| **Disposition:** | PERMANENT. Transfer to National Archives upon acceptable scanning to digital storage medium. |
| **DispAuthNo:** | N1-059-04-02, item 15e        **Date Edited:**   7/31/2006 |

| | |
|---|---|
| **A-13-001-15e** | **Vital Records File** |
| **Description:** | Panama Canal Zone Birth Certificates, adoption records and related documents for persons born between 1904 and 1979 in the Panama Canal Zone or in hospitals administered by the U.S. Government in Panama City or Colon. |
| | f. Optical Disk Storage Medium |
| **Disposition:** | TEMPORARY. Destroy when active agency use ceases. |
| **DispAuthNo:** | N1-059-04-02, item 15f        **Date Edited:**   7/31/2006 |

| | |
|---|---|
| **A-13-001-15f** | **Vital Records File** |
| **Description:** | Index of Panama Canal Zone Birth Certificates, adoption records and related documents for persons born between 1904 and 1979 in the Panama Canal Zone or in hospitals administered by the U.S. Government in Panama City and Colon. |
| | g. Index Card File |
| **Disposition:** | PERMANENT. Transfer to National Archives with records covered by schedule for A-13-001-15d. |
| **DispAuthNo:** | N1-059-04-02, item15g        **Date Edited:**   7/31/2006 |

| | |
|---|---|
| **A-13-001-15g** | **Vital Records File** |
| **Description:** | Panama Canal Zone Death Certificates for persons who died between 1904 and 1979 in the Panama Canal Zone or in hospitals administered by the U.S. Government in Panama City and Colon. |
| | h. Paper Records |
| **Disposition:** | PERMANENT. Transfer to National Archives once records have been successfully digitally imaged. |
| **DispAuthNo:** | N1-059-04-02, item 15h        **Date Edited:**   7/31/2006 |

## U.S. Department of State Records Schedule

### Chapter 13: Passport Records

| | |
|---|---|
| **A-13-001-15h** | **Vital Records File** |
| **Description:** | Panama Canal Zone Death Certificates for persons who died between 1904 and 1979 in the Panama Canal Zone or in hospitals administered by the U.S. Government in Panama City and Colon. |
| | i. Optical Disk Storage Medium |
| **Disposition:** | TEMPORARY. Destroy when active agency uses ceases. |
| **DispAuthNo:** | N1-059-04-02, item 15i        **Date Edited:**    7/31/2006 |

| | |
|---|---|
| **A-13-001-15i** | **Vital Records File** |
| **Description:** | Index of Panama Canal Zone Death Certificates for persons who died between 1904 and 1979 in the Panama Canal Zone or in hospitals administered by the U.S. Government in Panama City and Colon. |
| | j. Index Card File |
| **Disposition:** | PERMANENT. Offer to National Archives with records covered by schedule A-13-001-15g. |
| **DispAuthNo:** | N1-059-04-02, item15j        **Date Edited:**    7/31/2006 |

| | |
|---|---|
| **A-13-001-15j** | **Vital Records File** |
| **Description:** | Microfilm of Panama Canal Zone Birth and Death Certificates for persons who were born or died between 1904 and 1979 in the Panama Canal Zone or in hospitals administered by the U.S. Government in Panama City or Colon. |
| | K. Microfilm Reels |
| **Disposition:** | TEMPORARY. Destroy when active agency uses ceases. |
| **DispAuthNo:** | N1-059-04-02, item 15k        **Date Edited:**    7/31/2006 |

| | |
|---|---|
| **A-13-001-16** | **Passport Lookout Master** |
| **Description:** | This on line information system assists Passport Services staff in determining those individuals to whom a passport should be issued or denied, identifies those individuals who have been denied passports, or those who are not entitled to the issuance of full validity passport and those whose existing files must be reviewed prior to issuance. |
| **Disposition:** | Destroy when active agency use ceases. (ref. N1-059-96-5, item 16) |
| **DispAuthNo:** | N1-059-04-02, item 16        **Date Edited:**    3/2/2006 |

## U.S. Department of State Records Schedule

### Chapter 13: Passport Records

| A-13-001-17 | **Passport Lookout Index** |
|---|---|
| **Description:** | This on-line information system provides rapid access to names in the Passport Lookout Master. |
| **Disposition:** | Destroy when active agency use ceases. (ref. N1-059-96-5, item 27) |
| **DispAuthNo:** | N1-059-04-02, item 17 |

**Date Edited:**   3/2/2006

| A-13-001-18 | **Name Check System (NC)** |
|---|---|
| **Description:** | Name Check History Master. This series contains a yearly listing of requests by Passport Services and Visa Services personnel to query the Passport and Visa Lookout systems (see schedules for A-13-001-16 and 17).  The listing provides statistical data for the Bureau of Consular Affairs. |
| **Disposition:** | Destroy when active agency use ceases. |
| **DispAuthNo:** | N1-059-04-02, item 18 |

**Date Edited:**   3/2/2006

| A-13-001-19 | **Reserved for future use** |
|---|---|
| **Description:** | |
| **Disposition:** | |
| **DispAuthNo:** | Reserved |

**Date Edited:**   4/1/1999

| A-13-001-20 | **Reserved for future use** |
|---|---|
| **Description:** | |
| **Disposition:** | |
| **DispAuthNo:** | Reserved |

**Date Edited:**   4/1/1999

| A-13-001-21a | **Travel Document Issuance System (TDIS) - TDIS is a computerized system used to process passport applications at Passport Agencies in the United States** |
|---|---|
| **Description:** | a.  TDIS Database (Passport Agencies). The database consists of passport information extracted from applications received and processed during the last six months at an agency. |
| **Disposition:** | Delete data when 6 months old. |
| **DispAuthNo:** | N1-059-96-05, item 21a |

**Date Edited:**   7/26/2007

## U.S. Department of State Records Schedule

### Chapter 13: Passport Records

| | |
|---|---|
| **A-13-001-21b(1)(a)** | **Travel Document Issuance System (TDIS) - TDIS is a computerized system used to process passport applications at Passport Agencies in the United States** |
| **Description:** | b.  TDIS Input Data. |
| | (1)  Passport Application Data. |
| | (a)  Passport Applications (paper). |
| **Disposition:** | Forward to CA/PPT/TD/R after processing is completed. (see schedule for A-13-001-1c(1)) |
| **DispAuthNo:** | N1-059-96-05, item 21b(1)(a)        **Date Edited:**     4/1/1999 |

| | |
|---|---|
| **A-13-001-21b(1)(b)** | **Travel Document Issuance System  (TDIS) - TDIS is a computerized system used to process passport applications at Passport Agencies in the United States** |
| **Description:** | b.  TDIS Input Data. |
| | (1)  Passport Application Data. |
| | (b)  Magnetic Tapes containing Passport Application Data. |
| **Disposition:** | Delete data bi-weekly after uploading to TDIS database. |
| **DispAuthNo:** | N1-059-96-05, item 21b(1)(b)        **Date Edited:**     7/26/2007 |

| | |
|---|---|
| **A-13-001-21b(2)** | **Travel Document Issuance System (TDIS) - TDIS is a computerized system used to process passport applications at Passport Agencies in the United States** |
| **Description:** | b.  TDIS Input Data. |
| | (2)  Application and System Software and Tapes. |
| **Disposition:** | Retain three latest revisions. Delete or destroy all others. |
| **DispAuthNo:** | N1-059-96-05, item 21b(2)        **Date Edited:**     7/26/2007 |

| | |
|---|---|
| **A-13-001-21c(1)** | **Travel Document Issuance System  (TDIS). TDIS is a computerized system used to process passport applications at Passport Agencies in the United States.** |
| **Description:** | c.  TDIS Output Data. |
| | (1)  Management and Statistical Reports. |
| **Disposition:** | Destroy when 6 months old. |
| **DispAuthNo:** | N1-059-96-05, item 21c(1)        **Date Edited:**     7/26/2007 |

## U.S. Department of State Records Schedule

### *Chapter 13: Passport Records*

| | |
|---|---|
| **A-13-001-21c(2)** | **Travel Document Issuance System (TDIS) - TDIS is a computerized system used to process passport applications at Passport Agencies in the United States** |
| **Description:** | c.  TDIS Output Data. |
| | (2)  Magnetic Tape containing "Book Print" Information. |
| **Disposition:** | Delete when 5 years old. Recycle tape. |
| **DispAuthNo:** | N1-059-96-05, item 21c(2)        **Date Edited:**     7/26/2007 |

| | |
|---|---|
| **A-13-001-21c(3)** | **Travel Document Issuance System (TDIS) - TDIS is a computerized system used to process passport applications at Passport Agencies in the United States.** |
| **Description:** | c.  TDIS Output Data. |
| | (3)  Daily Back-up Tape. |
| **Disposition:** | Delete data when 1 week old. Recycle tape. |
| **DispAuthNo:** | N1-059-96-05, item 21c(3)        **Date Edited:**     7/26/2007 |

| | |
|---|---|
| **A-13-001-21c(4)(a)** | **Travel Document Issuance System (TDIS) - TDIS is a computerized system used to process passport applications at Passport Agencies in the United States** |
| **Description:** | c.  TDIS Output Data. |
| | (4)  Monthly Passport Processing data. |
| | (a)  Magnetic tape. |
| **Disposition:** | Forward to PPT/IML/R on a monthly basis along with print-out. |
| **DispAuthNo:** | N1-059-96-05, item 21c(4)(a)        **Date Edited:**     7/26/2007 |

| | |
|---|---|
| **A-13-001-21c(4)(b)** | **Travel Document Issuance System (TDIS) - TDIS is a computerized system used to process passport applications at Passport Agencies in the United States** |
| **Description:** | c.  TDIS Output Data. |
| | (4)  Monthly Passport Processing data. |
| | (b)  Print-out. |
| **Disposition:** | Forward to PPT/IML/R on a monthly basis along with magnetic tape. |
| **DispAuthNo:** | N1-059-96-05, item 21c(4)(b)        **Date Edited:**     2/24/2009 |

## U.S. Department of State Records Schedule

### Chapter 13: Passport Records

| | |
|---|---|
| **A-13-001-21d** | **Travel Document Issuance System (TDIS) - TDIS is a computerized system used to process passport applications at Passport Agencies in the United States** |
| **Description:** | d.  TDIS System Documentation. Data systems specifications, file specifications, record layouts, user guides, output specifications, and final reports relating to TDIS. |
| **Disposition:** | Destroy or delete when superseded or obsolete, or upon deletion of the TDIS database. |
| **DispAuthNo:** | N1-059-96-05, item 21d |

**Date Edited:**     7/26/2007

| | |
|---|---|
| **A-13-001-22a** | **Diplomatic and Official Tracking System (DOTS) - DOTS is an accountability system for the issuance of diplomatic and official passports** |
| **Description:** | a.  DOTS Database. Database of Diplomatic and Official passports issued August 1, 1988 to the present, indexed by name, passport number, and organization code (DOTS code). |
| **Disposition:** | Delete when 5 years old. |
| **DispAuthNo:** | N1-059-04-02, item 22a |

**Date Edited:**     2/26/2009

| | |
|---|---|
| **A-13-001-22b(1)(a)** | **Diplomatic and Official Tracking System (DOTS) - DOTS is an accountability system for the issuance of diplomatic and official passports** |
| **Description:** | b.  DOTS Input Data. |
| | (1)  Passport Application Data. |
| | (a)  Passport Applications (paper). |
| **Disposition:** | Forward to CA/PPT/TD/R after processing is completed. (see schedule for A-13-001-1c(1)) |
| **DispAuthNo:** | N1-059-96-05, item 22b(1)(a) |

**Date Edited:**     2/26/2009

| | |
|---|---|
| **A-13-001-22b(1)(b)** | **Diplomatic and Official Tracking System (DOTS) - DOTS is an accountability system for the issuance of diplomatic and official passports** |
| **Description:** | b.  DOTS Input Data. |
| | (1)  Passport Application Data. |
| | (b)  Magnetic Tapes containing Passport Application Data. |
| **Disposition:** | Delete data 3 months after uploading to DOTS database. |
| **DispAuthNo:** | N1-059-04-02, item 22b(1)(b) |

**Date Edited:**     2/26/2009

## U.S. Department of State Records Schedule

### Chapter 13: Passport Records

| A-13-001-22c(1) | **Diplomatic and Official Tracking System (DOTS) - DOTS is an accountability system for the issuance of diplomatic and official passports** | | |
|---|---|---|---|
| **Description:** | c.  DOTS Output Data. | | |
| | (1)  Management and Statistical Reports. | | |
| **Disposition:** | Destroy when 3 months old. | | |
| **DispAuthNo:** | N1-059-04-02, item 22c(1) | **Date Edited:** | 2/26/2009 |

| A-13-001-22c(2)(a) | **Diplomatic and Official Tracking System (DOTS) - DOTS is an accountability system for the issuance of diplomatic and official passports** | | |
|---|---|---|---|
| **Description:** | c.  DOTS Output Data. | | |
| | (2)  DOTS Back-up Tapes. | | |
| | (a)  Back-up Tape 1. | | |
| **Disposition:** | Retain three generations of back-up tapes in CA/EX/CSD. | | |
| **DispAuthNo:** | N1-059-04-02, item 22c(2)(a) | **Date Edited:** | 2/26/2009 |

| A-13-001-22c(2)(b) | **Diplomatic and Official Tracking System (DOTS) - DOTS is an accountability system for the issuance of diplomatic and official passports** | | |
|---|---|---|---|
| **Description:** | c.  DOTS Output Data. | | |
| | (2)  DOTS Back-up Tapes. | | |
| | (b)  Back-up Tape 2. | | |
| **Disposition:** | Transfer latest back-up to a safe haven location. Destroy or recycle upon receipt of updated tape. | | |
| **DispAuthNo:** | N1-059-04-02, item 22c(2)(b) | **Date Edited:** | 2/26/2009 |

| A-13-001-22c(2)(c) | **Diplomatic and Official Tracking System (DOTS) - DOTS is an accountability system for the issuance of diplomatic and official passports** | | |
|---|---|---|---|
| **Description:** | c.  DOTS Output Data. | | |
| | (2)  DOTS Back-up Tapes. | | |
| | (c)  Back-up Tape 3. | | |
| **Disposition:** | Transfer to WNRC quarterly. Destroy or recycle upon receipt of updated tape. | | |
| **DispAuthNo:** | N1-059-04-02, item 22c(2)© | **Date Edited:** | 2/26/2009 |

## U.S. Department of State Records Schedule

### Chapter 13: Passport Records

| | |
|---|---|
| **A-13-001-22c(2)(d)** | **Diplomatic and Official Tracking System (DOTS) - DOTS is an accountability system for the issuance of diplomatic and official passports** |
| **Description:** | c.  DOTS Output Data. |
| | (2)  DOTS Back-up Tapes. |
| | (d)  Back-up Tape 4. |
| **Disposition:** | Transfer to the Records Service Center (RSC) quarterly for immediate transfer to the Department Vital Records Center.  Destroy or recycle upon receipt of updated tape. |
| **DispAuthNo:** | N1-059-04-02, item 22c(2)(d)          **Date Edited:**      2/26/2009 |

| | |
|---|---|
| **A-13-001-22d** | **Diplomatic and Official Tracking System (DOTS) - DOTS is an accountability system for the issuance of diplomatic and official passports** |
| **Description:** | d.  DOTS System Documentation. Data systems specifications, file specifications, record layouts, user guides, output specifications, and final reports relating to DOTS. |
| **Disposition:** | Destroy or delete when superseded or obsolete, or upon deletion of the DOTS database. |
| **DispAuthNo:** | N1-059-04-02, item 22d          **Date Edited:**      2/26/2009 |

| | |
|---|---|
| **A-13-001-23** | **Routine Passport Application Status Check and Expedite Fee Upgrades E-mail.** |
| **Description:** | E-mail messages regarding the status of passport applications and requests for expedited service. |
| **Disposition:** | TEMPORARY: Destroy/delete when 25 days old. |
| **DispAuthNo:** | N1-059-98-03, item 1          **Date Edited:**      4/7/2006 |

## U.S. Department of State Records Schedule

### Chapter 13: Passport Records

| | |
|---|---|
| **A-13-001-24** | **Classified Passport Applications, 1910-1969** |
| **Description:** | 124 feet, Arranged in the following blocks and thereunder alphabetically. |

1910-1949
WNRC Acc. No. 59-94-230 (A-Le)
WNRC Acc. No. 59-97-93 (Li-Y)

1950-1959
WNRC Acc. No. 59-94-231 (A-Le)
WNRC Acc. No. 59-97-94 (Li-Z)

1960-1969
WNRC Acc. No. 59-94-232 (A-Le)
WNRC Acc. No. 59-97-95 (Li-Z)

The files consist of passport applications, memorandums, reports, notes, chits, telegrams, dispatches, airgrams, memorandums of conversation, correspondence, "official-informal" correspondence, returned passports, "refusal" sheets, "lookout" sheets, transcripts of passport hearings, legal documents, affidavits, and other material.  These records were segregated from the bulk of the Passport Application Files because of the presence of security classified information.

| | |
|---|---|
| **Disposition:** | PERMANENT: Transfer to the National Archives immediately. |
| **DispAuthNo:** | N1-059-97-28, item 1 |
| | **Date Edited:**      4/21/2009 |

| | |
|---|---|
| **A-13-001-25** | **Classified Passport Application Files** |
| **Description:** | Arranged alphabetically by name. |

The files consist of passport applications, memorandums, reports, notes, chits, telegrams, airgrams, memorandums of conversation, correspondence, "official-informal" correspondence, returned passport, "refusal" sheets, "lookout" sheets, transcripts of passport hearings, legal documents, affidavits, and other material.  These records are segregated from the bulk of the passport applications because of the presence of security classified information.

Recordkeeping medium is paper.

| | |
|---|---|
| **Disposition:** | PERMANENT. Cut off when case is closed. Transfer to the National Archives 30 years after the file is closed in 10 year blocks (i.e. all cases closed between 1970 and 1979 transferred in 2010). |
| **DispAuthNo:** | N1-059-09-41, item 1 |
| | **Date Edited:**      1/20/2010 |

## U.S. Department of State Records Schedule

### *Chapter 13: Passport Records*

| A-13-001-26a | **Undeliverable Passport Application Supporting Documentation** |
|---|---|
| **Description:** | a. Certificates of Naturalization and Citizenship |
| | Includes original supporting documentation used to adjudicate passport applications, including birth certificates, marriage certificates, or related records providing evidence of U.S. citizenship.  Passport Agencies have attempted to return the supporting documentation to the applicant after passport issuance. |
| **Disposition:** | Original Certificates of Naturalization and Citizenship are forwarded to CA/PPT/TO/RS after one year at the agency and recorded in CA/PPT local SharePoint database or successor electronic database.  CA/PPT/TO/RS transmits to DHS for disposition after receipt. |
| **DispAuthNo:** | Non-Record             **Date Edited:**     8/8/2011 |

| A-13-001-26b | **Undeliverable Passport Application Supporting Documentation** |
|---|---|
| **Description:** | b. All other records |
| | Includes original supporting documentation used to adjudicate passport applications, including birth certificates, marriage certificates, or related records providing evidence of U.S. citizenship.  Passport Agencies have attempted to return the supporting documentation to the applicant after passport issuance. |
| **Disposition:** | Destroy two years after receipt has been logged by agency into CA/PPT local SharePoint database or successor electronic database. |
| **DispAuthNo:** | Non-Record             **Date Edited:**     8/8/2011 |

| A-13-001-27 | **Insular Passport Case Files (Puerto Rico), 1911-1925** |
|---|---|
| **Description:** | Consist of passport applications with photographs attached, applications for amendment or extension of passports, and related correspondence.  This schedule applies only to the passport records stored at the WNRC transferred under number W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 (Boxes 1-13) and accumulated from 1911 to 1925. |
| **Disposition:** | Permanent. |
| **DispAuthNo:** | DAA-0059-2013-0006-0001             **Date Edited:**     9/11/2014 |

## U.S. Department of State Records Schedule

### Chapter 13: Passport Records

| | |
|---|---|
| **A-13-001-28** | **Controlled Passport Case Files** |
| **Description:** | Consists of passport applications, applications for amendment or extension of passports, related correspondence, memorandums, refusal sheets, lookout cards, affidavits, and other material.  This schedule applies only to the passport records stored at WNRC in the transfer W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. |
| **Disposition:** | Permanent.  Transfer to the National Archives immediately after the schedule is approved. |
| **DispAuthNo:** | DAA-0059-2014-0004-0001        **Date Edited:**      8/12/2015 |

| | |
|---|---|
| **A-13-001-29** | **Passport  Master  Index (1906-1959) -- Selected Index Cards** |
| **Description:** | Master index to passport issuance's 1906 through 1959.  Contains index cards with information on passport issuance, registration, consular reports of birth, and other information.  Arranged alphabetically. |
| | Selected Index Cards. |
| | This item only applies to those index cards necessary to fill the alphabetic gaps in the microfilm version of the index (see item 0002 of this schedule) created by the 117 missing rolls of microfilm identified during the appraisal.  The remaining cards will continue to be scheduled by their current disposition authority N1-059-96-005, item 3/B. |
| **Disposition:** | Permanent.    Transfer to the National Archives immediately after the schedule is approved.  Supersedes N1-059-95-005/3/B (in part). |
| **DispAuthNo:** | DAA-0059-2014-0003-0001        **Date Edited:**      8/13/2015 |

| | |
|---|---|
| **A-13-001-30** | **Passport Master Index - Silve Halide Microfilm** |
| **Description:** | This item only applies to the silver halide microfilm version of the index that covers the date range 1906 to 1959.  The remaining microfilm will continue to be scheduled by its current disposition authority N1-059-96-005, item 3c1. |
| **Disposition:** | Permanent.  Transfer to the National Archives immediately after the schedule is approved.  Supersedes N1-059-96-005, item 3c1. |
| **DispAuthNo:** | DAA-0059-2014-0003-0002        **Date Edited:**      8/13/2015 |

## U.S. Department of State Records Schedule

### Chapter 13: Passport Records

**Special Issuance Agency**

| A-13-002-01 | **Passport Book Control Records** |
|---|---|

**Description:**   Logs recording selected passport book issuance.

**Disposition:**   TEMPORARY: Cut off at end of calendar year.  Hold in current file area and retire to Records Service Center (RSC) when two (2) years old.  Destroy/delete when twenty-five (25) years old.

**DispAuthNo:**   N1-059-05-11, item 1

**Date Edited:**   7/19/2005

| A-13-002-02 | **Requests for Passports** |
|---|---|

**Description:**   Copies of documents relating to selected passport requests.

**Disposition:**   TEMPORARY:  Cut off at end of calendar year.  Hold in current file area and retire to RSC when two (2) years old.  Destroy/delete when twenty-five (25) years old.

**DispAuthNo:**   N1-059-05-11, item 2

**Date Edited:**   7/26/2007

| A-13-002-03 | **Tracking/Issuance System** |
|---|---|

**Description:**   Electronic database used for maintenance and control of selected duplicate passport information/documentation.

**Disposition:**   TEMPORARY:  Delete when 25 years old.

**DispAuthNo:**   N1-059-05-11, item 3

**Date Edited:**   2/28/2019

| A-13-002-04 | **Policy/Subject Files** |
|---|---|

**Description:**   Files contain memoranda, legal opinions, memoranda of agreement, standards of operations, inspection reports, cases of precedent and manuals documenting policies and procedures.

**Disposition:**   PERMANENT: Cut off annually,  Retire to the RSC as space requirements and frequency of use dictate for transfer to a records storage facility.  Transfer to the National Archives when twenty-five (25) years in five (5) year blocks.

**DispAuthNo:**   N1-059-05-11, item 4

**Date Edited:**   7/19/2005

## U.S. Department of State Records Schedule

### Chapter 13: Passport Records

| | |
|---|---|
| **A-13-002-05** | **Electronic Mail and Word Processing Copies** |
| **Description:** | Electronic copies of records that are created on electronic mail and word processing systems and used solely to generate recordkeeping copy of the records covered by other items in the schedule.  Also includes electronic copies of records created on electronic mail and word processing systems that are maintained for updating, revision, or dissemination. |
| | Copies that have no further administrative value after the recordkeeping copies are made.  Includes copies maintained by individuals in personal files, personal electronic mail directories, or other personal directories on hard disk or network drives, and copies on shared network drives used only to produce the recordkeeping copy. |
| **Disposition:** | TEMPORARY: Delete within 180 days after the recordkeeping copy has been produced. |
| **DispAuthNo:** | N1-059-05-11, item 5a          **Date Edited:**      7/26/2007 |

| | |
|---|---|
| **A-13-002-05a** | **Electronic Mail and Word Processing Copies** |
| **Description:** | Electronic copies of records that are created on electronic mail and word processing systems and used soley to generate recordkeeping copies of the records covered by other items in the schedule.  Also includes electronic copies of records created on electronic mail and word processing systems that are maintained for updating, revision, or dissemination. |
| | Copies used for dissemination, revision, or updating that is maintained in addition to the recordkeeping copy. |
| **Disposition:** | TEMPORARY:  Delete when dissemination, revision, or updating is completed. |
| **DispAuthNo:** | N1-059-05-11, item 5b          **Date Edited:**      7/26/2007 |

| | |
|---|---|
| **A-13-002-06** | **Visa Request System** |
| **Description:** | The Visa Request System (VR) is a tracking system used to track and monitor the application process of obtaining visas from foreign embassies and/or consulates for official U.S. government travelers. |
| | a. Master file |
| | Data includes name, date/place of birth, gender, passport number, travel dates, purpose of travel and cities to be visited. |
| **Disposition:** | TEMPORARY: Cut off at issuance. Destroy five (5) years after cutoff. |
| **DispAuthNo:** | N1-059-09-25, item 1a          **Date Edited:**      8/27/2009 |

## U.S. Department of State Records Schedule

### *Chapter 13: Passport Records*

| | |
|---|---|
| **A-13-002-06a** | **Intermediary Records** |
| **Description:** | The Visa Request System (VR) is a tracking system used to track and monitor the application process of obtaining visas from foreign embassies and/or consulates for official U.S. government travelers. Records include: |
| | Hard copy and electronic input documents or forms designed and used solely to create update or modify the records in an electronic medium and not required for audit or legal purposes (such as need for signatures) and not previously scheduled for permanent retention in NARA-approved agency records schedule.  Also includes adhoc reports output for reference purposes or to meet day-to-day business needs. |
| **Disposition:** | Temporary. Destroy upon verification of successful creation of the final document or file, or when no longer needed for business use, whichever is later. (Supersedes GRS 4.3 item 010; GRS 4.3, item 011; GRS 4.3, item 012; GRS 4.3, item 020; GRS 4.3, item 030; and GRS 4.3, item 031) |
| **DispAuthNo:** | DAA-GRS-2017-0003-0002 (G          **Date Edited:**     9/28/2017 |

| | |
|---|---|
| **A-13-002-06b** | **Visa Request System** |
| **Description:** | The Visa Request System (VR) is a tracking system used to track and monitor the application process of obtaining visas from foreign embassies and/or consulates for official U.S. government travelers. |
| | d.  System Documentation |
| | Data systems specifications, file specifications, codebooks, record layouts, user guides, output specifications, and final reports relating to a master file. |
| **Disposition:** | TEMPORARY.  Destory 5 years after the project/activity/transaction is completed or superseded, or the associated system is terminated, or the associated data is migrated to a successor system.  (Supersedes GRS 20, item 11a[1]). |
| **DispAuthNo:** | GRS 3.1, item 051          **Date Edited:**     9/28/2017 |

## U.S. Department of State Records Schedule

### *Chapter 13: Passport Records*

## Office of Legal Affairs (CA/PPT/L/LA)

| A-13-003-01 | **Director and Deputy Director Files** |
|---|---|

**Description:**  Arranged by subject, country, and chronologically.  Correspondence, telegrams, airgrams, memoranda, intelligence reports, position papers and other documentation received or sent by the Director or Deputy Director, pertaining to the formulation, coordination, and development of policies and practices relating to passport issuance programs.

Volume on Hand:  30 cubic feet.
Annual Accumulation: 6cf

**Disposition:**  PERMANENT.  Cut-off in 1 year blocks.  Retire to the RSC when 5 years old, for transfer to the WNRC.  Transfer to the National Archives when 30 years old.

**DispAuthNo:**  N1-059-95-06, Item 1          **Date Edited:**     6/10/2009

| A-13-003-02 | **Case Management System (CMS) Database** |
|---|---|

**Description:**  An on-line electronic information system arranged by last name containing data extracted from case files requiring review and processing by the office.  Data, which includes last and first name, date and place of birth, type of case and other information related to the case, is used by CA/PPT/L/LA to track the life-cycle of each case.

**Disposition:**  TEMPORARY.  Delete when active agency use ceases.

**DispAuthNo:**  N1-059-95-06, item 2          **Date Edited:**     6/10/2009

| A-13-003-03 | **Chronological Files** |
|---|---|

**Description:**  Arranged by month and year.

Duplicate copies of communications, such as telegrams, airgrams, letters and reports, maintained in chronological order by month and used for reference purposes only.  The official record copy of the communication is filed elsewhere or by subject or case.

**Disposition:**  Destroy when 1 year old or when no longer needed, whichever is sooner.

**DispAuthNo:**  N1-059-95-06, item 3          **Date Edited:**     6/10/2009

## U.S. Department of State Records Schedule

### Chapter 13: Passport Records

| | |
|---|---|
| **A-13-003-04** | **Historical Collection Passport Books, 1822-1989** |
| **Description:** | Original U.S. passport books issued to individuals between 1822 and 1989. Includes Passport Letters (precursor to the book) and Special, Dependents, Seaman, Official, Diplomatic, regular, and other types or U.S. passports. |

Volume on Hand:  24 cubic feet
Annual Accumulation: 0 cubic feet

| | |
|---|---|
| **Disposition:** | PERMANENT.  Transfer to the National Archives immediately. |
| **DispAuthNo:** | N1-059-95-06, item 4 |

**Date Edited:**     6/10/2009

## U.S. Department of State Records Schedule

### *Chapter 13: Passport Records*

**Authentications Office (CA/PPT/TO/AUT)**

| A-13-004-01 | **AUTHENTICATIONS** |
|---|---|

**Document Authentication, Retrieval, and Tracking System (DARTS)**

| **Description:** | The DARTS application software is used by the Authentications Office to facilitate the document authentication, retrieval, and tracking responsibilities of the office. |
|---|---|
| **Disposition:** | TEMPORARY: see items 01a(1) through 01d for specific dispositions. |
| **DispAuthNo:** | N1-059-03-10, item 23 |

**Date Edited:** 5/27/2015

| A-13-004-01a | **Inputs** |
|---|---|

| **Description:** | Authentication Requests. |
|---|---|

Authentication Requests received from private individuals, Federal agencies, organizations, and foreign governments, consists of letters requesting authentication of documents. General information is entered into the database as part of the authentication and analysis process prior to returning the original documents to the sender.

| **Disposition:** | TEMPORARY: Return to sender after information is entered into the system and verified. |
|---|---|
| **DispAuthNo:** | N1-059-03-10, item 23a(1) |

**Date Edited:** 5/27/2015

| A-13-004-01a(1) | **Inputs.** |
|---|---|

| **Description:** | Authentication Requests. |
|---|---|

Authentication Requests received from private individuals, Federal agencies, organizations, and foreign governments, consists of letters requesting authentication of documents. General information is entered into the database as part of the authentication and analysis process prior to returning the original documents to the sender.

| **Disposition:** | TEMPORARY: Return to sender after information is entered into the system and verified. |
|---|---|
| **DispAuthNo:** | N1-059-03-10, item 23a(1) |

**Date Edited:** 5/27/2015

## U.S. Department of State Records Schedule

### Chapter 13: Passport Records

| A-13-004-01a(2) | **Record of Fees** |
|---|---|
| **Description:** | The name of person, number of documents, company or agency requesting authentication services, amount of money deposited and whether a check, cash, money order or credit card was used. |
| **Disposition:** | TEMPORARY: Verify accuracy of data input. Destroy after GAO audit or when 5 years old, whichever is sooner. |
| **DispAuthNo:** | N1-059-03-10, item 23a(2)          **Date Edited:**     5/27/2015 |

| A-13-004-01b(1) | **DARTS Master File** |
|---|---|
| **Description:** | Normal Certification. |
| | Contains information extracted from documents associated with authentication requests. Current and previous year data are maintained on-line. |
| **Disposition:** | TEMPORARY: Cutoff at end of fiscal year. Transfer to archive tape when two years old. Maintain off-line for 3 years or until no longer needed for current business operations, whichever is later. Delete tape upon notification by supervisor. |
| **DispAuthNo:** | N1-059-03-10, item 23b(1)          **Date Edited:**     5/27/2015 |

| A-13-004-01b(2) | **Apostilles Database** |
|---|---|
| **Description:** | Contains information needed for certificate issued by the Authentication Office for documents that are destined for use in countries as specified in the Treaty Abolishing requirements of Legislation for Foreign Public Documents that became effective October 15, 1981. Article 7 of the treaty indicates that a register must be kept. |
| **Disposition:** | TEMPORARY: Cut off at the end of 5 years, transfer to magnetic tape and maintain in tape library. Transfer to WNRC two years after cutoff. Delete 13 years after transfer to WNRC. Note: To maintain readability of data, refresh/migrate data according to media industry standards. |
| **DispAuthNo:** | N1-059-03-10, item 23b(2)          **Date Edited:**     5/27/2015 |

## U.S. Department of State Records Schedule

### Chapter 13: Passport Records

| A-13-004-01c(1) | **Outputs** |
|---|---|
| **Description:** | Receipts. |
| | Receipts include the following information: name of requester, company or agency who requested authentication services, the number of documents authenticated, payment and form of payment received. |
| **Disposition:** | TEMPORARY: Produce receipt after information is input and verified. Return receipt and original documents submitted for authentication to requester. |
| **DispAuthNo:** | N1-059-03-10, item 23c(1)   **Date Edited:**   5/27/2015 |

| A-13-004-01c(2) | **Monthly and Other Reports** |
|---|---|
| **Description:** | Using the reports function of DART produce a variety of reports including record of total number of documents authenticated each month, customers who have received over the counter and mail service each month, and fees. Also provides report of total number of documents received by mail and over the counter. |
| **Disposition:** | TEMPORARY: Destroy when 5 years old. |
| **DispAuthNo:** | N1-059-03-10, item 23c(2)   **Date Edited:**   5/27/2015 |

| A-13-004-01c(3)(a) | **Certifications** |
|---|---|
| **Description:** | Normal Certification Certificates |
| | System generated certificates issued by the Authentication Office certifying the authenticity of the documents. |
| **Disposition:** | TEMPORARY: Produce certificate. Transmit to requester. |
| **DispAuthNo:** | N1-059-03-10, item 23c(3)(a)   **Date Edited:**   5/27/2015 |

| A-13-004-01c(3)(b) | **Apostilles** |
|---|---|
| **Description:** | System generated certificates issued by the Authentication Office certifying the authenticity of the documents. |
| **Disposition:** | TEMPORARY: Produce certificate. Transmit to requester. |
| **DispAuthNo:** | N1-059-03-10, item 23c(3)(b)   **Date Edited:**   5/27/2015 |

## U.S. Department of State Records Schedule

### *Chapter 13: Passport Records*

| A-13-004-01d | **Documentation** |
|---|---|
| **Description:** | DARTS software user guide |
| **Disposition:** | TEMPORARY: Delete/destroy when superseded or obsolete, or upon authorized deletion of the related master file or database, or upon the destruction of the output of the system if the output is needed to protect legal rights, whichever is later. |
| **DispAuthNo:** | N1-059-03-10, item 23d    **Date Edited:**    5/27/2015 |

| A-13-004-02 | **Undeliverable Cases** |
|---|---|
| **Description:** | Contains authenticated documents, letters of instruction on authentication procedures for powers of attorney, invitations, birth, marriage and death certificates, letters of inheritance, affidavits of support, original and copies of transcripts and diplomats. Material has been returned as undeliverable, and there has been no follow up by the requestor. |
| **Disposition:** | TEMPORARY: Cutoff at end of month in which document is returned. Delete/destroy 1 year after cutoff. |
| **DispAuthNo:** | N1-059-03-10, item 24    **Date Edited:**    5/27/2015 |

| A-13-004-03 | **Copies of Certificates of Deposit** |
|---|---|
| **Description:** | File contains copies of the original certificates, which are sent to Bureau of Resource Management (RM) for processing. |
| **Disposition:** | TEMPORARY: Destroy when 3 years old. |
| **DispAuthNo:** | N1-059-03-10, item 25    **Date Edited:**    5/27/2015 |

| A-13-004-04 | **Precedent Cases** |
|---|---|
| **Description:** | Contains background material concerning the Amendatory Act approved September 15, 1789 designating the Secretary of State to authenticate using the seal of office. Also includes policies, procedures and precedent uses of the seal. |
| **Disposition:** | TEMPORARY: Retire to RSC when 5 years old. Retain for 25 years. |
| **DispAuthNo:** | N1-059-03-10, item 26    **Date Edited:**    5/27/2015 |