# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Reclaim the Records et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-01471 |
| United States Department of State | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 02/22/2023

/s/ Katherine "Q" Adams
*Attorney's signature*

Katherine Adams (5814975)
*Printed name and bar number*

Beldock Levine & Hoffman LLP
99 Park Avenue, Suite PH/26th Floor
New York, NY 10016
*Address*

qadamsblhny.com
*E-mail address*

(212) 277-5824
*Telephone number*

(212) 277-5880
*FAX number*