DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
Attorney for Defendant
By: JOSEPH A. PANTOJA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| RECLAIM THE RECORDS and ALEC FERRETTI, | : |
| | 23 Civ. 1471 (JMF) |
| Plaintiff, | : |
| | NOTICE OF APPEARANCE |
| -against- | : |
| UNITED STATES DEPARTMENT OF STATE, | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The undersigned hereby appears on behalf of the defendant in the above-entitled action.

Dated: New York, New York
       February 27, 2023

                                        DAMIAN WILLIAMS
                                        United States Attorney for the
                                        Southern District of New York

                            By:         /s/ Joseph A. Pantoja
                                        JOSEPH A. PANTOJA
                                        Assistant United States Attorney
                                        86 Chambers Street, 3rd Floor
                                        New York, New York 10007
                                        Tel.:  212.637.2785
                                        Fax:   212.637.2750
                                        Email: joseph.pantoja@usdoj.gov