UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECLAIM THE RECORDS and
ALEC FERRETTI,

                      Plaintiffs,

-v-

UNITED STATES DEPARTMENT OF STATE

                      Defendant.

**DECLARATION OF SERVICE**

Index No.: 23-CV-1471 (JMF)

      I, Abigail L. Robinson, do hereby state and affirm under penalties of perjury that the following is true and correct:

1.    I am over 18 years of age and am not a party to this action.

2.    On February 27, 2023. I served the below-listed documents upon defendant UNITED STATES DEPARTMENT OF STATE by email to email addresses: Jeffrey.Oestericher@usdoj.gov; Joseph.Pantoja@usdoj.gov; CaseView.ECF@usdoj.gov; and USANYS.ECF@USDOJ.GOV.

      *1 – Complaint with Exhibits A-H*
      *2 – Civil Cover Sheet*
      *3 – Proposed Summons DOS*
      *4 – Notice of Appearance of Q Adams*
      *5 – Summons to Def US Dept of State*
      *6 – Order issued on 2/23/2023 by Hon. Furman*
      *7 – Notice of Appearance of Jeffery Kinkle*
      *8 – Notice of Appearance of AUSA Joseph A. Pantoja*
      *9 – Hon. Furman's Individual Rules*
      *10 – SDNY ECF Rules*

Dated:     Queens, New York
             February 27, 2023

                                                       By:_____
                                                            Abigail L. Robinson