

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 21, 2023

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *Reclaim the Records et ano. v. United States Department of State*, No. 23 Civ. 1471 (JMF)

Dear Judge Furman:

      This Office represents the United States Department of State (the "Government") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522. As requested by Your Honor, ECF Nos. 6, 13, and 15, on behalf of the Government, and together with the Plaintiffs, I write respectfully to advise that there is no need for discovery or an initial conference in this case. The parties also request a 45-day extension of the deadline for the Government to respond to the complaint (*i.e.*, from July 25 to September 8, 2023). Finally, the parties propose the following briefing schedule for summary judgment:  October 8: Government's motion; November 10: Plaintiffs' opposition; December 1:  Government's reply.

      This is the second request by either party for an extension of time to respond to the complaint. The Court had previously extended that deadline *sua sponte* from April 28 to May 26, 2023, ECF No. 11, and then at the parties' request to July 25, 2023, ECF No. 15. The proposed schedule will allow the parties to conclude their discussions regarding whether the case can be resolved without further Court intervention, and, in the event briefing becomes necessary, accommodate Plaintiffs' counsel's imminent parental leave and the undersigned's anticipated vacation plans.

      We thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:    /s/ *Joseph A. Pantoja*
JOSEPH A. PANTOJA
Assistant United States Attorney
Tel.: (212) 637-2785

cc: Plaintiffs' Counsel (By ECF)

---

Application GRANTED. Defendant's motion for summary judgment is due October 8, 2023. Plaintiffs' opposition is due November 10, 2023. Defendants' reply is due December 1, 2023. The Clerk of Court is directed to terminate ECF No. 16.

SO ORDERED.

*[signature]*

July 24, 2023