

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 5, 2023

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *Reclaim the Records et ano. v. United States Department of State*, No. 23 Civ. 1471 (JMF)

Dear Judge Furman:

      This Office represents the United States Department of State (the "Government") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522. On behalf of the Government, I write respectfully to request a two-week extension of the October 10, 2023 deadline for the Government to move for summary judgment and to propose the following revised briefing schedule:  October 24, 2023: Government's motion for summary judgment; December 8, 2023: Plaintiffs' opposition; January 8, 2023:  Government's reply, if any.

      This is the first request by the Government for an extension of the briefing schedule. The extension is necessary because this Office has not completed its discussions with the agency, which needs more time to provide requested information.  Plaintiffs consent to the requested relief.

      I thank the Court for its consideration of this request.

      Respectfully,

      DAMIAN WILLIAMS
      United States Attorney

By:     /s/ *Joseph A. Pantoja*
      JOSEPH A. PANTOJA
      Assistant United States Attorney
      Tel.: (212) 637-2785

cc: Plaintiffs' Counsel (by ECF)

The Application is GRANTED. The Government's motion for summary judgment is due October 24, 2023, Plaintiffs' opposition is due December 8, 2023, and the Government's reply, if any, is due January 8, 2024.  The Clerk of Court is directed to terminate ECF No. 19.

SO ORDERED.

*[signature]*

October 6, 2023