Schedule Number: N1-059-04-002

Some items in this schedule are either obsolete or have been superseded by new NARA approved records schedules. This information is accurate as of: 2/9/2021

**ACTIVE ITEMS**
These items, unless subsequently superseded, may be used by the agency to disposition records. It is the responsibility of the user to verify the items are still active.

All items except the ones listed below are active

**SUPERSEDED AND OBSOLETE ITEMS**
The remaining items on this schedule may no longer be used to disposition records. They are superseded, obsolete, filing instructions, non-records, or were lined off and not approved at the time of scheduling. References to more recent schedules are provided below as a courtesy. Some items listed here may have been previously annotated on the schedule itself.

Items 19/B/1/B is obsolete as the item reflects a print and file process
Item 19/B/2 is obsolete as the item reflects a print and file process
Item 19/C/3 is obsolete as the item reflects a print and file process

# REQUEST FOR RECORDS DISPOSITION AUTHORITY

*(See Instructions on reverse)*

TO: NATIONAL ARCHIVES and RECORDS ADMINISTRATION (NIR)
WASHINGTON, DC 20408

1. FROM (Agency or establishment)
Department of State

2. MAJOR SUBDIVISION
Bureau of Consular Affairs

3. MINOR SUBDIVISION
Passport Services

4. NAME OF PERSON WITH WHOM TO CONFER
Alice S. Ritchie

5. TELEPHONE
(202) 261-8511

L[...]VE BLANK (NARA use only)

JOB NUMBER N1-59-04-2

DATE RECEIVED 1/2/04

NOTIFICATION TO AGENCY

In accordance with the provisions of 44 U.S.C. 3303a the disposition request, including amendments, is approved except for items that may be marked "disposition not approved" or "withdrawn" in column 10.

| DATE | ARCHIVIST OF THE UNITED STATES |
|---|---|
| 7/30/08 | Allen Weinstein |

6. AGENCY CERTIFICATION

I hereby certify that I am authorized to act for this agency in matters pertaining to the disposition of its records and that the records proposed for disposal on the attached 15 page(s) are not now needed for the business of this agency or will not be needed after the retention periods specified; and that written concurrence from the General Accounting Office, under the provisions of Title 8 of the GAO Manual for Guidance of Federal Agencies,

[X] is not required; [ ] is attached; or [ ] has been requested.

| DATE | SIGNATURE OF AGENCY REPRESENTATIVE | TITLE |
|---|---|---|
| 11/13/03 | Margaret G. Peppe (signed) Margaret G. Peppe | Department Records Officer |

| 7. ITEM NO. | 8. DESCRIPTION OF ITEM AND PROPOSED DISPOSITION | 9. GRS OR SUPERSEDED JOB CITATION | 10. ACTION TAKEN (NARA USE ONLY) |
|---|---|---|---|
| | See attached pages. | | |

115-109 NSN 7540-00-634-4064 PREVIOUS EDITION NOT USABLE

STANDARD FORM 115 (REV. 3-91)
Prescribed by NARA
36 CFR 1228

8/11/05 Copies sent to Agency, NWMD, NWMW, NWCTC, NR



## Passport Records

**A-13-000-01a(1) Passport Case Files**
**Description:** a. Passport and Citizenship Case Files, 1925-1970. Case files containing one or more of the following types of records: passport applications; Reports of Birth of American Citizens Abroad; Certificates of Witness to Marriage; Applications for Amendment or Extension of Passport; Certificates of Loss of Nationality; and other supporting forms, documents and correspondence pertaining to each case.
(1) Passport applications, Reports of Birth of American Citizens Abroad, Certificates of Witness to Marriage, Applications for Amendment or Extension of Passport, Certificates of Loss of Nationality, and Oaths of Repatriation, subject to Freedom of Information and Privacy Act protection.
**Disposition:** Permanent. Transfer to the National Archives when **25** years old.
**DispAuthNo:** NC1-59-79-12, item 1a(1)

WITHDRAWN

**A-13-000-01a(2) Passport Case Files**
**Description:** a. Passport and Citizenship Case Files, 1925-1970. Case files containing one or more of the following types of records: passport applications; Reports of Birth of American Citizens Abroad; Certificates of Witness to Marriage; Applications for Amendment or Extension of Passport; Certificates of Loss of Nationality; and other supporting forms, documents and correspondence pertaining to each case, subject to Freedom of Information and Privacy Act protection.
(2) All other records.
**Disposition:** Destroy when **50** years old.
**DispAuthNo:** NC1-59-79-12, item 1a(2)

WITHDRAWN

**A-13-000-01b(1) Passport Case Files**
**Description:** b. Passport Case Files, 1971-82. Consist of passport applications with photograph attached; applications for amendment or extension of passports; and related correspondence, subject to Freedom of Information and Privacy Act protection.
(1) Paper records that have been microfilmed (beginning in 1978).
**Disposition:** Permanent. Transfer to National Archives when **25** years old.
**DispAuthNo:** NC1-59-79-12, item 1b(1)

WITHDRAWN

**A-13-000-01b(2)(a) Passport Case Files**
**Description:** b. Passport Case Files, 1971-82. Consist of passport applications with photograph attached; applications for amendment or extension of passports; and related correspondence, subject to Freedom of Information and Privacy Act protection.
(2) Microfilm, 1978-82.
(a) Original Silver Halide (Archival).
**Disposition:** Transfer to WNRC monthly. Destroy when **50** years old.
**DispAuthNo:** NC1-59-79-12, item 1b(2)(a)

WITHDRAWN

**A-13-000-01b(2)(b) Passport Case Files**
**Description:** b. Passport Case Files, 1971-82. Consist of passport applications with photograph attached; applications for amendment or extension of passports; and related correspondence, subject to Freedom of Information and Privacy Act protection.
(2) Microfilm, 1978-82.
(b) Duplicate Diazo copies.
**Disposition:** Retain in PPT. Destroy when active agency use ceases.
**DispAuthNo:** NC1-59-79-12, item 1b(2)(b)

**A-13-000-01b(3) Passport Case Files**
**Description:** b. Passport Case Files, 1971-82. Consist of passport applications with photograph attached; applications for amendment or extension of passports; and related correspondence, subject to Freedom of Information and Privacy Act protection.

(3) Paper records not microfilmed, 1971-78.
**Disposition:** Permanent. Transfer to National Archives when 25 years old.
**DispAuthNo:** N1-59-90-23, item 1b(3)

WITHDRAWN

**A-13-000-01c(1) Passport Case Files**
**Description:** c. Passport Case Files, 1983-1999. Consist of passport applications with photograph attached; applications for amendment or extension of passports; and related correspondence, subject to Freedom of Information and Privacy Act protection.
(1) Paper records that have been microfilmed.
**Disposition:** Permanent. Transfer to National Archives when 25 years old.
**DispAuthNo:** NC1-59-79-12, item 1c(1)

WITHDRAWN

**A-13-000-01c(2)(a) Passport Case Files**
**Description:** c. Passport Case Files, 1983-1999. Consist of passport applications with photograph attached; applications for amendment or extension of passports; and related correspondence, subject to Freedom of Information and Privacy Act protection.
(2) Microfilm.
(a) Original Silver Halide (Archival).
**Disposition:** Transfer to WNRC monthly. Destroy when 50 years old.
**DispAuthNo:** NC1-59-79-12, item 1b(2)(a)

WITHDRAWN

**A-13-000-01c(2)(b) Passport Case Files**
**Description:** c. Passport Case Files, 1983-1999. Consist of passport applications with photograph attached; applications for amendment or extension of passports; and related correspondence, subject to Freedom of Information and Privacy Act protection.
(2) Microfilm.
(b) Duplicate Diazo copies.
**Disposition:** Retain in PPT. Destroy upon imaging to optical disk or when active agency use ceases.
**DispAuthNo:** NC1-59-79-12, item 1b(2)(b)

**A-13-000-01c(2)c Passport Case Files**
**Description:** c. Passport Case Files, 1994-present. Consist of passport applications with photograph attached; applications for amendment or extension of passports; and related correspondence, subject to Freedom of Information and Privacy Act protection.
(3) Optical disk
**Disposition:** Retain in PPT. Destroy when active agency use ceases.

WITHDRAWN

**A-13-000-01c(3) Passport Case Files**
**Description:** Passport Case Files, 1994-present. Consist of passport applications with photograph attached; applications for amendment or extension of passports; and related correspondence, subject to Freedom of Information and Privacy Act protection.
(a) Paper records that have been digitally scanned to optical disk.
**Disposition:** Permanent. Transfer to National Archives when 25 years old.
**DispAuthNo:** Pending

WITHDRAWN

**A-13-000-01d Passport Case Files**
**Description:** d. A & P Passport and Citizenship Case Files 1910-present. Consists of a wide variety of citizenship files including abandoned applications, registration applications, expired look-out files and other related material, subject to Freedom of Information and Privacy Act protection.
**Disposition:** Transfer to WNRC on an annual basis. Destroy when 15 years old.
**DispAuthNo:** N1-59-95-5, item 1d

WITHDRAWN

A-13-000-01e(1) Passport Lookout Case Files

Description: e. Passport Lookout Case Files. Consists of active and expired lookouts with supporting forms, documents and correspondence pertaining to each case, subject to Freedom of Information and Privacy Act protection.
(1) Paper records
Disposition: Permanent. Transfer to National Archives when 25 years old.
DispAuthNo: Pending

WITHDRAWN

A-13-000-01e(2) Passport Lookout Case Files
Description: e. Passport Lookout Case Files. Consists of active and expired lookouts with supporting forms, documents and correspondence pertaining to each case, subject to Freedom of Information and Privacy Act protection.
(2) Optical disk
Disposition: Retain in PPT. Destroy when active agency use ceases.
DispAuthNo: Pending

WITHDRAWN

2. **A-13-000-02 Passport Books: Recovered, Surrendered, Unclaimed or Found**
**Description:** These passport books were issued to individuals who have returned them on their own initiative or at the request of the Department of State or other Government agency or have been found, recovered, and/or forwarded to Passport Services (PPT/IML/R). They include Diplomatic or other official passports issued to military personnel who are either discharged, retired or deceased during the validity period of the passport; No Fee passports issued to Peace Corps volunteers; tourist passports; and all other passports.
**Disposition:** Destroy after receipt has been logged into PFM or successor electronic database.
**DispAuthNo:** N1-59-96-5, item 2

3. **A-13-000-03a(1) Passport Authorization Sheets or Records**
**Description:** a. Lists Issued by Consular Posts. Arranged numerically, giving passport number, name and address of person to whom issued.
(1) Paper.
**Disposition:** Transfer immediately to WNRC. Destroy when **50** years old.
**DispAuthNo:** N1-59-96-5, item 3a(1)

**A-13-000-03b Passport Authorization Sheets or Records**
**Description:** b. Index Cards. Arranged alphabetically. Master index to issuances 1909 through 1978 (paper records). Contains index cards with information on passport issuance, registration, consular reports of birth, and other information.
**Disposition:** Transfer immediately to WNRC. Destroy when **50** years old.
**DispAuthNo:** N1-59-96-5, item 3b

WITHDRAWN

**A-13-000-03c(1) Passport Authorization Sheets or Records**
**Description:** c. Microfilm Master Index to Issuances, 1909-1978.
(1) Original Silver Halide (Archival).
**Disposition:** Transfer to WNRC. Destroy when **50** years old.
**DispAuthNo:** N1-59-96-5, item 3c(1)

WITHDRAWN

**A-13-000-03c(2) Passport Authorization Sheets or Records**
**Description:** c. Microfilm Master Index to Issuances, 1909-1978.
(2) Duplicate Diazo copies.
**Disposition:** Retain in PPT. **Destroy when active agency use ceases.**
**DispAuthNo:** N1-59-96-5, item 3c(2)



**A-13-000-04 Reports of Passports Issued**
**Description:** Accounting statistical reports.
**Disposition:** Destroy when 5 years old.
**DispAuthNo:** N1-59-96-5, item 4

**A-13-000-05a Passport Accounting Records - Accounting records showing money received,deposited, or refunded by Passport Services. Also includes copies of cash receipts.**
**Description:** a. Consular cash receipts (DS-233).
**Disposition:** Destroy when 2 years old.
**DispAuthNo:** N1-59-96-5, item 5a

**A-13-000-05b Passport Accounting Records - Accounting records showing money received, deposited, or refunded by Passport Services. Also includes copies of cash receipts.**
**Description:** b. All other accounting records.
**Disposition:** Destroy when 5 years old.
**DispAuthNo:** N1-59-96-5, item 5b

**A-13-000-06 Requests for Authorization**
**Description:** Communications between the passport agencies and Passport Services requesting authorization from the Department to issue or extend passports, granting such authorizations, and forwarding applications. These communications are routine in nature and not a part of the individual case file.
**Disposition:** Destroy when 1 year old.
**DispAuthNo:** NC1-59-77-17

**A-13-000-07 Authorizations for a No Fee Passport**
**Description:** Original copies of requests from other government agencies for renewal, modification, or amendment of an existing no fee passport (not original issue).
**Disposition:** Destroy when 4 years old.
**DispAuthNo:** N1-59-96-5, item 7

**A-13-000-08 Blank Passport Correspondence and Receipts File**
**Description:** Consists of receipts for passports, certificates and cards of identity and registration; correspondence between the Department, posts and passport agencies on the requisitioning, forwarding and receipting of blank passports; reports of the number of blank passports on hand, together with inclusive serial numbers; reports on mutilated passports; correspondence regarding the transfer of blank passports from one post to another; other routine correspondence on the maintenance and accounting of an adequate supply of passports at the post or agency.
**Disposition:** Destroy when 2 years old.
**DispAuthNo:** N1-59-96-5, item 8

**A-13-000-09 General Passport Correspondence**
**Description:** Correspondence pertaining to such matters as requests for passports, routine explanations of the legal restrictions on the issuance of passports, requests for information regarding the availability and cost of transportation, with replies thereto, subject to Freedom of Information and Privacy Act protection.
**Disposition:** Destroy when 1 year old.
**DispAuthNo:** N1-59-96-5, item 9

**A-13-000-10 Routine Requests**
**Description:** Requests for application blanks, copies of passport rules and regulations, visa regulations, and other travel information.



**Disposition:** Destroy when reply is made.
**DispAuthNo:** N1-59-96-5, item 10

11. **A-13-000-11 Transmittal Letters**
**Description:** Letters used by clerks of court to transmit applications to Passport Services Office which do not contain other information pertinent to an application.
**Disposition:** Destroy after checking enclosures.
**DispAuthNo:** N1-59-96-5, item 11

12. **A-13-000-12a1(a) Requests for Information (FOIA and Privacy Act) - Files created in response to requests from individuals or government agencies to access Passport records, as provided under the Privacy Act and Freedom of Information Act**
**Description:** a. Privacy Act Request Files. Files created in response to requests for individuals to gain access to their records or to any information in the records pertaining to them, as provided for under 5 U.S.C. 552a(d)(1). Files contain original request, copy of reply thereto, and all related supporting documents, which may include the official file copy of records requested or copy thereof.
1. Correspondence and supporting documents (EXCLUDING the official file copy of the records requested if filed herein).
(a) Granting access to all the requested records.
**Disposition:** Destroy 2 years after date of reply.
**DispAuthNo:** GRS 14, item 21

**A-13-000-12a1(b)(1) Requests for Information (FOIA and Privacy Act) - Files created in response to requests from individuals and government agencies to access Passport records, as provided under the Privacy Act and Freedom of Information Act**
**Description:** a. Privacy Act Request Files. Files created in response to requests for individuals to gain access to their records or to any information in the records pertaining to them, as provided for under 5 U.S.C. 552a(d)(1). Files contain original request, copy of reply thereto, and all related supporting documents, which may include the official file copy of records requested or copy thereof.
1. Correspondence and supporting documents (EXCLUDING the official file copy of the records requested if filed herein).
(b) Responding to requests for nonexistent records; to requesters who provide inadequate descriptions; and to those who fail to pay agency reproduction fees.
    (1) Requests not appealed.
**Disposition:** Destroy 2 years after date of reply.
**DispAuthNo:** GRS 14, item 21

**A-13-000-12a1(b)(2) Request for Information (FOIA and Privacy Act) - Files created in response to requests from individuals or government agencies to access Passport records, as provided under the Privacy Act and Freedom of Information Act**
**Description:** a. Privacy Act Request Files. Files created in response to requests for individuals to gain access to their records or to any information in the records pertaining to them, as provided for under 5 U.S.C. 552a(d)(1). Files contain original request, copy of reply thereto, and all related supporting documents, which may include the official file copy of records requested or copy thereof.
1. Correspondence and supporting documents (EXCLUDING the official file copy of the records requested if filed herein).
(b) Responding to requests for nonexistent records; to requesters who provide inadequate descriptions; and to those who fail to pay agency reproduction fees.
(2) Request appealed.
**Disposition:** Destroy as authorized under item 3.
**DispAuthNo:** GRS 14, item 21



**A-13-000-12a1(c)(1) Requests for Information (FOIA and Privacy Act) - Files created in response to requests from individuals or government agencies to access Passport records, as provided under the Privacy Act and Freedom of Information Act**
**Description:** a. Privacy Act Request Files. Files created in response to requests for individuals to gain access to their records or to any information in the records pertaining to them, as provided for under 5 U.S.C. 552a(d)(1). Files contain original request, copy of reply thereto, and all related supporting documents, which may include the official file copy of records requested or copy thereof.
1. Correspondence and supporting documents (EXCLUDING the official file copy of the records requested if filed herein).
(c) Denying Access to all or part of the records requested.
    (1) Requests not appealed.
**Disposition:** Destroy as authorized under item 3.
**DispAuthNo:** GRS 14, item 21

**A-13-000-12a1(c)(2) Request for Information (FOIA and Privacy Act) - Files created in response to requests from individuals and government agencies to access Passport records, as provided under the Privacy Act and Freedom of Information Act**
**Description:** a. Privacy Act Request Files. Files created in response to requests for individuals to gain access to their records or to any information in the records pertaining to them, as provided for under 5 U.S.C. 552a(d)(1). Files contain original request, copy of reply thereto, and all related supporting documents, which may include the official file copy of records requested or copy thereof.
1. Correspondence and supporting documents (EXCLUDING the official file copy of the records requested if filed herein).
(c) Denying Access to all or part of the records requested.
(2) Requests appealed.
**Disposition:** Destroy as authorized under item 3.
**DispAuthNo:** GRS 14, item 21

**A-13-000-12a2 Request for Information (FOIA and Privacy Act) - Files created in response to requests from individuals or government agencies to access Passport records, as provided under the Privacy Act and Freedom of Information Act**
**Description:** a. Privacy Act Requests Files. Files created in response to requests from individuals to gain access to their records or to any information in the records pertaining to them, as provided for under 5 U.S.C. 552a(d)(1). Files contain original request, copy of reply thereto, and all related supporting documents, which may include the official file copy of records requested or copy thereof.
2. Official file copy of request records.
**Disposition:** Dispose of in accordance with approved agency disposition instructions for the related records or with the related Privacy Act requests, whichever is later.
**DispAuthNo:** GRS 14, item 21

**A-13-000-12b1 Request for Information (FOIA and Privacy Act) - Files created in response to requests from individuals and government agencies to access Passport records, as provided under the Privacy Act and Freedom of Information Act**
**Description:** b. Privacy Act Amendment Case Files. Files relating to an individual's request to amend a record pertaining to that individual as provided for under 5 U.S.C. 552a(d)(2); to the individual's request for a review of an agency's refusal of the individual's request to amend a record as provided for under 552a(d)(3); and to any civil action brought by the individual against the refusing agency as provided under 5 U.S.C. 552a(g).
1. Requests to amend agreed to by agency. Includes individual's request to amend and/or review refusal to amend, copies of agency's replies thereto, and related materials.
**Disposition:** Dispose of in accordance with the approved disposition instructions for the related

subject individual's record or 4 years after agency's agreement to amend, whichever is later.
**DispAuthNo:** GRS 14, item 22

**A-13-000-12b2 Request for Information (FOIA and Privacy Act) - Files created in response to requests from individuals and government agencies to access Passport records, as provided under the Privacy Act and Freedom of Information Act**
**Description:** b. Privacy Act Amendment Case Files. Files relating to an individual's request to amend a record pertaining to that individual as provided for under 5 U.S.C. 552a(d)(2); to the individual's request for a review of an agency's refusal of the individual's request to amend a record as provided for under 552a(d)(3); and to any civil action brought by the individual against the refusing agency as provided under 5 U.S.C. 552a(g).
2. Requests to amend refused by agency. Includes individual's requests to amend and to review refusal to amend, copies of agency's replies thereto, statement of disagreement, agency justification for refusal to amend a record, and related materials.
**Disposition:** Dispose of in accordance with the approved disposition instructions for the related subject individual's record, 4 years after final determination by agency, or 3 years after final adjudication by courts, whichever is later.
**DispAuthNo:** GRS 14, item 22

**A-13-000-12b3 Requests for Information (FOIA and Privacy Act) - Files created in response to requests from individuals or government agencies to access Passport records, as provided under the Privacy Act and Freedom of Information Act**
**Description:** b. Privacy Act Amendment Case Files. Files relating to an individual's request to amend a record pertaining to that individual as provided for under 5 U.S.C. 552a(d)(2); to the individual's request for a review of an agency's refusal of the individual's request to amend a record as provided for under 552a(d)(3); and to any civil action brought by the individual against the refusing agency as provided under 5 U.S.C. 552a(g).
3. Appealed requests to amend. Includes all files created in responding to appeals under the Privacy Act for refusal by any agency to amend a record.
**Disposition:** Dispose of in accordance with the approved disposition instructions for related subject individual's record or 3 years after final adjudication by courts, whichever is later.
**DispAuthNo:** GRS 14, item 22

**A-13-000-12c1(a) Requests for Information (FOIA and Privacy Act) - Files created in response to requests from individuals or government agencies to access Passport records, as provided under the Privacy Act and Freedom of Information Act**
**Description:** c. Freedom of Information Act Requests Files. Files created in response to requests for information under the Freedom of Information Act, consisting of the original request, a copy of the reply thereto, and all related supporting files which may include the official file copy of requested record or copy thereof.
1. Correspondence and supporting documents (EXCLUDING the official file copy of the records requested if filed herein).
   (a) Granting access to all the requested records.
**Disposition:** Destroy 2 years after date of reply.
**DispAuthNo:** GRS 14, item 11

**A-13-000-12c1(b)(1) Requests for Information (FOIA and Privacy Act) - Files created in response to requests from individuals or government agencies to access Passport records, as provided under the Privacy Act and Freedom of Information Act**
**Description:** c. Freedom of Information Act Requests Files. Files created in response to requests for information under the Freedom of Information Act, consisting of the original

request, a copy of the reply thereto, and all related supporting files which may include the official file copy of requested record or copy thereof.
1. Correspondence and supporting documents (EXCLUDING the official file copy of the records requested if filed herein).
(b) Responding to requests for nonexistent records; to requesters who provide inadequate descriptions; and to those who fail to pay agency reproduction fees.
(1) Request not appealed.
**Disposition:** Destroy 2 years after date of reply.
**DispAuthNo:** GRS 14, item 11

**A-13-000-12c1(b)(2) Requests for Information (FOIA and Privacy Act) - Files created in response to requests from individuals or government agencies to access Passport records, as provided under the Privacy Act and Freedom of Information Act**
**Description:** c. Freedom of Information Act Requests Files. Files created in response to requests for information under the Freedom of Information Act, consisting of the original request, a copy of the reply thereto, and all related supporting files which may include the official file copy of requested record or copy thereof.
1. Correspondence and supporting documents (EXCLUDING the official file copy of the records requested if filed herein).
(b) Responding to requests for nonexistent records; to requesters who provide inadequate descriptions; and to those who fail to pay agency reproduction fees.
(2) Request appealed.
**Disposition:** Destroy as authorized under item 3.
**DispAuthNo:** GRS 14, item 11

**A-13-000-12c1(c)(1) Requests for Information (FOIA and Privacy Act) - Files created in response to requests from individuals or government agencies to access Passport records, as provided under the Privacy Act and Freedom of Information Act**
**Description:** c. Freedom of Information Act Requests Files. Files created in response to requests for information under the Freedom of Information Act, consisting of the original request, a copy of the reply thereto, and all related supporting files which may include the official file copy of requested record or copy thereof.
1. Correspondence and supporting documents (EXCLUDING the official file copy of the records requested if filed herein).
(c) Denying access to all or part of the records requested.
(1) Request not appealed.
**Disposition:** Destroy 6 years after date of reply.
**DispAuthNo:** GRS 14, item 11

**A-13-000-12c1(c)(2) Requests for Information (FOIA and Privacy Act) - Files created in response to requests from individuals or government agencies to access Passport records, as provided under the Privacy Act and Freedom of Information Act**
**Description:** c. Freedom of Information Act Requests Files. Files created in response to requests for information under the Freedom of Information Act, consisting of the original request, a copy of the reply thereto, and all related supporting files which may include the official file copy of requested record or copy thereof.
1. Correspondence and supporting documents (EXCLUDING the official file copy of the records requested if filed herein).
(c) Denying access to all or part of the records requested.
(2) Request appealed.
**Disposition:** Destroy as authorized under item 3.
**DispAuthNo:** GRS 14, item 11

**A-13-000-12c2 Requests for Information (FOIA and Privacy Act) - Files created in response to requests from individuals or government agencies to access Passport records, as provided under the Privacy Act and Freedom of Information Act**

**Description:** c. Freedom of Information Act Requests Files. Files created in response to requests for information under the Freedom of Information Act, consisting of the original request, a copy of the reply thereto, and all related supporting files which may include the official file copy of requested record or copy thereof.
2. Official file copy of requested records.
**Disposition:** Dispose of in accordance with approved agency disposition instructions for the related records or with the related FOIA request, whichever is later.
**DispAuthNo:** GRS 14, item 11

**A-13-000-12d1 Requests for Information (FOIA and Privacy Act) - Files created in response to requests from individuals or government agencies to access Passport records, as provided under the Privacy Act and Freedom of Information Act**
**Description:** d. FOIA Appeals Files. Files created in responding to administrative appeals under the FOIA for release of information denied by the agency, consisting of the appellant's letter, a copy of the reply thereto, and related supporting documents, which may include the official file copy of records under appeal or copy thereof.
1. Correspondence and supporting documents (EXCLUDING the file copy of the records under appeal if filed herein).
**Disposition:** Destroy 6 years after final determination by agency, 6 years after the time at which a requester could file suit, or 3 years after final adjudication by the courts, whichever is later.
**DispAuthNo:** GRS 14, item 12

**A-13-000-12d2 Requests for Information (FOIA and Privacy Act) - Files created in response to requests from individuals or government agencies to access Passport records, as provided under the Privacy Act and Freedom of Information Act**
**Description:** d. FOIA Appeals Files. Files created in responding to administrative appeals under the FOIA for release of information denied by the agency, consisting of the appellant's letter, a copy of the reply thereto, and related supporting documents, which may include the official file copy of records under appeal or copy thereof.
2. Official file copy of records under appeal.
**Disposition:** Dispose of in accordance with approved agency disposition instructions for the related record or with the related FOIA request, whichever is later.
**DispAuthNo:** GRS 14, item 12

13.
**A-13-000-13 Clerk of Court Correspondence**
**Description:** Correspondence between the Passport Services and clerks of courts regarding such matters as request for information on the countries in which passports are required, the specific forms to be used under certain conditions, the requirements for establishing citizenship, the names of foreign consular officers within the United States, the amendment of passports because of changes in names, marital status, etc., and transmittal of specimen signatures.
**Disposition:** Destroy when 1 year old.
**DispAuthNo:** N1-59-96-5, item 13

14.
**A-13-000-14 Passport Subject File**
**Description:** Consists of documentation, including studies and reports, of the policies, regulations and legislation governing passport issuance, and the administrative and operational procedures of the Passport Services.
**Disposition:** Permanent. Transfer to WNRC when 10 years old. Offer to the National Archives when 25 years old.
**DispAuthNo:** N1-59-96-5, item 14

15.
**A-13-000-15a Vital Records File**
**Description:** Consists of Reports of Birth of American Citizens Abroad and supporting forms, documents and correspondence pertaining to each case; Certificates of Witness to



Marriage; Certificates of Loss of Nationality; Oaths of Repatriation and Reports of Death, 1925-present. NOTE: Prior to 1971, some records were attached to the passport applications. (Since 1971 they are maintained in a separate file, alphabetically organized, to be kept in 10-year blocks.) See Item 130001a(1).

a. Paper Records.

**Disposition:** Permanent. Transfer to WNRC when digitally imaged. Transfer to the National Archives when **25** years old.
**DispAuthNo:** N1-59-96-5, item 15a

**A-13-000-15b Vital Records File**
**Description:** Consists of Reports of Birth of American Citizens Abroad; Certificates of Witness to Marriage; Certificates of Loss of Nationality; Oaths of Repatriation and Reports of Death, 1925-1999. NOTE: Prior to 1971, some records were attached to the passport applications. (Since 1971 they are maintained in a separate file, alphabetically organized, to be kept in 10-year blocks.) See Item 130001a(1).
b. Original Silver Halide Microfilm (Archival).
**Disposition:** Permanent. Disposition not approved. Transfer to the WNRC on a monthly basis. Transfer to the National Archives when **25** years old.

WITHDRAWN

**DispAuthNo:** N1-59-96-5, item 15b

**A-13-000-15c Vital Records File**
**Description:** Consists of Reports of Birth of American Citizens Abroad; Certificates of Witness to Marriage; Certificates of Loss of Nationality; Oaths of Repatriation and Reports of Death, 1925-1999. NOTE: Prior to 1971, some records were attached to the passport applications. (Since 1971 they are maintained in a separate file, alphabetically organized, to be kept in 10-year blocks.) See Item 130001a(1).
c. Duplicate Diazo Microfilm.
**Disposition:** Destroy when active agency use ceases.
**DispAuthNo:** N1-59-96-5, item 15c

**A-13-000-15d Vital Records File**
**Description:** Consists of Reports of Birth of American Citizens Abroad; Certificates of Witness to Marriage; Certificates of Loss of Nationality; Oaths of Repatriation and Reports of Death, 1925-present. NOTE: Prior to 1971, some records were attached to the passport applications. (Since 1971 they are maintained in a separate file, alphabetically organized, to be kept in 10-year blocks.) See Item 130001a(1).
d. Optical disk image storage medium
**Disposition:** Temporary. Destroy when active agency use ceases.
**DispAuthNo: Pending**

WITHDRAWN

**A-13-000-15e Vital Records File**
**Description:** Panama Canal Zone Birth Certificates, adoption records and related documents for persons born between 1904 and 1979 in the Panama Canal Zone or in hospitals administered by the U.S. Government in Panama City and Colon.
e. Paper Records
**Disposition:** Permanent. Transfer to National Archives upon acceptable scanning to digital storage medium.
**DispAuthNo: Pending**

**A-13-000-15f Vital Records File**
**Description:** Panama Canal Zone Birth Certificates, adoption records and related documents for persons born between 1904 and 1979 in the Panama Canal Zone or in hospitals administered by the U.S. Government in Panama City and Colon.
f. Optical Disk Storage Medium
**Disposition:** Temporary. Destroy when active agency use ceases.



**DispAuthNo: Pending**

**A-13-000-15g Vital Records File**
**Description:** Index of Panama Canal Zone Birth Certificates, adoption records and related documents for persons born between 1904 and 1979 in the Panama Canal Zone or in hospitals administered by the U.S. Government in Panama City and Colon.
g. Index Card File
**Disposition:** Permanent. Transfer to National Archives ~~when active agency use ceases.~~ with records covered by A-13-000-15e.
**DispAuthNo: Pending**

**A-13-000-15h Vital Records File**
**Description:** Panama Canal Zone Death Certificates for persons who died between 1904 and 1979 in the Panama Canal Zone or in hospitals administered by the U.S. Government in Panama City and Colon.
h. Paper Records
**Disposition:** Permanent. Transfer to National Archives once records have been successfully digitally imaged.
**DispAuthNo: Pending**

**A-13-000-15i Vital Records File**
**Description:** Panama Canal Zone Death Certificates for persons who died between 1904 and 1979 in the Panama Canal Zone or in hospitals administered by the U.S. Government in Panama City and Colon.
i. Optical Disk Storage Medium
**Disposition:** Temporary. Destroy when active agency use ceases.
**DispAuthNo: Pending**

**A-13-000-15j Vital Records File**
**Description:** Index of Panama Canal Zone Death Certificates for persons who died between 1904 and 1979 in the Panama Canal Zone or in hospitals administered by the U.S. Government in Panama City and Colon.
j. Index Card File
**Disposition:** Permanent. Offer to National Archives ~~when active agency use ceases.~~ with records covered by A-13-000-15h.
**DispAuthNo: Pending**

**A-13-000-15k Vital Records File**
**Description:** Microfilm of Panama Canal Zone Birth and Death Certificates for persons who were born or died between 1904 and 1979 in the Panama Canal Zone or in hospitals administered by the U.S. Government in Panama City and Colon.
i. Microfilm Reels
**Disposition:** Temporary. Destroy when active agency use ceases.
**DispAuthNo: Pending**

16. **A-13-000-16 Passport Lookout Master**
**Description:** This on line information system assists Passport Services staff in determining those individuals to whom a passport should be issued or denied, identifies those individuals who have been denied passports, or those who are not entitled to the issuance of full validity passport and those whose existing files must be reviewed prior to issuance.
**Disposition:** Destroy when active agency use ceases.
**DispAuthNo:** N1-59-96-5, item 16

17. **A-13-000-17 Passport Lookout Index**
**Description:** This on-line information system provides rapid access to names in the Passport Lookout Master.



**Disposition:** Destroy when active agency use ceases.
**DispAuthNo:** NC1-59-83-4, item 27

18. **A-13-000-18 Name Check System (NC)**
**Description:** Name Check History Master. This series contains a yearly listing of requests by Passport Services and Visa Services personnel to query the Passport and Visa Lookout systems (see items 130016 and 130017) The listing provides statistical data for the Bureau of Consular Affairs.
**Disposition:** Destroy when active agency use ceases.
**DispAuthNo:** NC1-59-83-4, item 23

**Reserved for future use**
**Disposition:**
**DispAuthNo:**
**A-13-000-19**
**Description:**
**Reserved for future use**
**Disposition:**
**DispAuthNo:**
**A-13-000-20**
**Description:**

19. **A-13-000-21a Travel Document Issuance System (TDIS) - TDIS is a computerized system used to process passport applications at Passport Agencies in the United States**
**Description:** a. TDIS Database (Passport Agencies). The database consists of passport information extracted from applications received and processed during the last six months at an agency.
**Disposition:** Delete data when 6 months old.
**DispAuthNo:** N1-59-96-5, item 21a

**A-13-000-21b(1)(a) Travel Document Issuance System (TDIS) - TDIS is a computerized system used to process passport applications at Passport Agencies in the United States**
**Description:** b. TDIS Input Data.
(1) Passport Application Data.
(a) Passport Applications (paper).
**Disposition:** Forward to CA/EX/CSD after processing is completed. (see Schedule 130001c1)
**DispAuthNo:** N1-59-96-5, item 21b(1)(a)

**A-13-000-21b(1)(b) Travel Document Issuance System (TDIS) - TDIS is a computerized system used to process passport applications at Passport Agencies in the United States**
**Description:** b. TDIS Input Data.
(1) Passport Application Data.
(b) Magnetic Tapes containing Passport Application Data.
**Disposition:** Delete data bi-weekly after uploading to TDIS database.
**DispAuthNo:** N1-59-96-5, item 21b(1)(b)

**A-13-000-21b(2) Travel Document Issuance System (TDIS) - TDIS is a computerized system used to process passport applications at Passport Agencies in the United States**
**Description:** b. TDIS Input Data.
(2) Application and System Software and Tapes.
**Disposition:** Retain three latest revisions. Delete or destroy all others.

**DispAuthNo:** N1-59-96-5, item 21b(2)

**A-13-000-21c(1) Travel Document Issuance System (TDIS). TDIS is a computerized system used to process passport applications at Passport Agencies in the United States.**
**Description:** c. TDIS Output Data.
(1) Management and Statistical Reports.
**Disposition:** Destroy when 6 months old.
**DispAuthNo:** N1-59-96-5, item 21c(1)

**A-13-000-21c(2) Travel Document Issuance System (TDIS) - TDIS is a computerized system used to process passport applications at Passport Agencies in the United States**
**Description:** c. TDIS Output Data.
(2) Magnetic Tape containing "Book Print" Information.
**Disposition:** Delete when 5 years old. Recycle tape.
**DispAuthNo:** N1-59-96-5, item 21c(2)

**A-13-000-21c(3) Travel Document Issuance System (TDIS) - TDIS is a computerized system used to process passport applications at Passport Agencies in the United States.**
**Description:** c. TDIS Output Data.
(3) Daily Back-up Tape.
**Disposition:** Delete data when 1 week old. Recycle tape.
**DispAuthNo:** N1-59-96-5, item 21c(3)

**A-13-000-21c(4)(a) Travel Document Issuance System (TDIS) - TDIS is a computerized system used to process passport applications at Passport Agencies in the United States**
**Description:** c. TDIS Output Data.
(4) Monthly Passport Processing data.
(a) Magnetic tape.
**Disposition:** Forward to PPT/IML/R on a monthly basis along with print-out.
**DispAuthNo:** N1-59-96-5, item 21c(4)(a)

**A-13-000-21c(4)(b) Travel Document Issuance System (TDIS) - TDIS is a computerized system used to process passport applications at Passport Agencies in the United States**
**Description:** c. TDIS Output Data.
(4) Monthly Passport Processing data.
(b) Print-out.
**Disposition:** Forward to PPT/IML/R on a monthly basis along with magnetic tape.
**DispAuthNo:** N1-59-96-5, item 21c(4)(b)

**A-13-000-21d Travel Document Issuance System (TDIS) - TDIS is a computerized system used to process passport applications at Passport Agencies in the United States**
**Description:** d. TDIS System Documentation. Data systems specifications, file specifications, record layouts, user guides, output specifications, and final reports relating to TDIS.
**Disposition:** Destroy or delete when superseded or obsolete, or upon deletion of the TDIS database.
**DispAuthNo:** N1-59-96-5, item 21d

20.

**A-13-000-22a Diplomatic and Official Tracking System (DOTS) - DOTS is an accountability system for the issuance of diplomatic and official passports**
**Description:** a. DOTS Database. Database of Diplomatic and Official passports issued August 1, 1988 to the present, indexed by name, passport number, and organization code (DOTS code).



**Disposition:** Delete when 5 years old.
**DispAuthNo:** N1-59-96-5, item 22a

**A-13-000-22b(1)(a) Diplomatic and Official Tracking System (DOTS) - DOTS is an accountability system for the issuance of diplomatic and official passports**
**Description:** b. DOTS Input Data.
(1) Passport Application Data.
(a) Passport Applications (paper).
**Disposition:** Forward to CA/PPT/IML/R after processing is completed. (see Schedule 130001c1)
**DispAuthNo:** N1-59-96-5, item 22b(1)(a)

**A-13-000-22b(1)(b) Diplomatic and Official Tracking System (DOTS) - DOTS is an accountability system for the issuance of diplomatic and official passports**
**Description:** b. DOTS Input Data.
(1) Passport Application Data.
(b) Magnetic Tapes containing Passport Application Data.
**Disposition:** Delete data 3 months after uploading to DOTS database.
**DispAuthNo:** N1-59-96-5, item 22b(1)(b)

**A-13-000-22c(1) Diplomatic and Official Tracking System (DOTS) - DOTS is an accountability system for the issuance of diplomatic and official passports**
**Description:** c. DOTS Output Data.
(1) Management and Statistical Reports.
**Disposition:** Destroy when 3 months old.
**DispAuthNo:** N1-59-96-5, item 22c(1)

**A-13-000-22c(2)(a) Diplomatic and Official Tracking System (DOTS) - DOTS is an accountability system for the issuance of diplomatic and official passports**
**Description:** c. DOTS Output Data.
(2) DOTS Back-up Tapes.
    (a) Back-up Tape 1.
**Disposition:** Retain three generations of back-up tapes in CA/EX/CSD.
**DispAuthNo:** N1-59-96-5, item 22c(2((a)

**A-13-000-22c(2)(b) Diplomatic and Official Tracking System (DOTS) - DOTS is an accountability system for the issuance of diplomatic and official passports**
**Description:** c. DOTS Output Data.
(2) DOTS Back-up Tapes.
(b) Back-up Tape 2.
**Disposition:** Transfer latest back-up to a safe haven location. Destroy or recycle upon receipt of updated tape.
**DispAuthNo:** N1-59-96-5, item 22c(2)(b)

**A-13-000-22c(2)(c) Diplomatic and Official Tracking System (DOTS) - DOTS is an accountability system for the issuance of diplomatic and official passports**
**Description:** c. DOTS Output Data.
    (2) DOTS Back-up Tapes.
(c) Back-up Tape 3.
**Disposition:** Transfer to WNRC quarterly. Destroy or recycle upon receipt of updated tape.
**DispAuthNo:** N1-59-96-5, item 22c(2)(c)

**A-13-000-22c(2)(d) Diplomatic and Official Tracking System (DOTS) - DOTS is an accountability system for the issuance of diplomatic and official passports**
**Description:** c. DOTS Output Data.



(2) DOTS Back-up Tapes.
(d) Back-up Tape 4.
**Disposition:** Transfer to the RSC quarterly for immediate transfer to the Department's Vital Records Center. Destroy or recycle upon receipt of updated tape.
**DispAuthNo:** N1-59-96-5, item 22c(2)(d)

**A-13-000-22d Diplomatic and Official Tracking System (DOTS) - DOTS is an accountability system for the issuance of diplomatic and official passports**
**Description:** d. DOTS System Documentation. Data systems specifications, file specifications, record layouts, user guides, output specifications, and final reports relating to DOTS.
**Disposition:** Destroy or delete when superseded or obsolete, or upon deletion of the DOTS database.
**DispAuthNo:** N1-59-96-5, item 22d