

**United States Department of State**

Washington, D.C. 20520

April 13, 2023
Case No. F-2017-14380

Alec Ferretti
242 E. 38th Street, Apt. 2F
New York, NY 10016

Dear Mr. Ferretti:

This letter is in response to your request dated July 30, 2017, under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The Department of State has conducted searches and found no responsive records. This completes the processing of your request.

Please note that the Department does not maintain an index or search aid for birth and death records for the Panama Canal Zone. The system where these birth and death records are stored does not contain an index or spreadsheet or allow for the extraction and compilation of certain information from the records stored in the system. Rather, the Department can only retrieve the records stored in the system manually and one-at-a-time, meaning that the Department must search the system using personally identifiable information, including the name and date of birth of an individual, to locate a particular birth or death record for the Panama Canal Zone.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist. To the extent another agency asserts that it can neither confirm nor deny the existence of certain records,

the Department of State will similarly take the position that it neither confirms nor denies the existence of those records.

If you have any questions, your attorney may contact Joseph A. Pantoja, Assistant U.S. Attorney, at joseph.pantoja@usdoj.gov or 212.637.2785. Please refer to the case number, F-2017-14380, and the civil action number, 23-CV-01471, in all correspondence about this case.

                                            Sincerely,

                                            Jeanne Miller
                                            Chief, Programs and Policies Division
                                            Office of Information Programs and Services