# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
 (JUSTICE NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF: 8289.093

WRITER'S DIRECT CONTACT:
212-277-5883
jkinkle@blhny.com

November 27, 2023

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Reclaim the Records and Alec Ferretti v. United States Department of State*, No. 23 Civ. 1471 (JMF)

Your Honor:

    I am an attorney at Beldock Levine & Hoffman LLP, one of the attorneys representing Plaintiffs in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"). On behalf of Plaintiffs, I write to respectfully request a two-week extension of the December 8, 2023 deadline for Plaintiffs to respond to Defendant's motion for summary judgment. Under the revised briefing schedule, Plaintiffs' opposition brief would be due December 22, 2023 and Defendant's reply, if any, would be due on January 22, 2024.

    This is the first request by Plaintiffs for an extension of the briefing schedule, which is necessary due to the trial commitments in another matter of our lead counsel, David Rankin, and my own unanticipated need to extend my parental leave. Defendant consents to this request.

    We thank the Court for its attention to this matter.

BELDOCK LEVINE & HOFFMAN LLP

Respectfully submitted,

Jeffrey F. Kinkle

cc: Defendant's counsel (by ECF)

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 24.

SO ORDERED.

November 28, 2023