**BELDOCK LEVINE & HOFFMAN LLP**
99 PARK AVENUE, PH/26TH FLOOR
NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
    (JUSTICE NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF: **8289.093**

WRITER'S DIRECT CONTACT:
212-277-5825
drankin@blhny.com

December 15, 2023

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:   *Reclaim the Records and Alec Ferretti v. United States Department of State*, No. 23 Civ. 1471 (JMF)

Your Honor:

I am a partner at Beldock Levine & Hoffman LLP, counsel representing Plaintiffs in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"). On behalf of Plaintiffs, I write to respectfully request a 45-day extension of the December 22, 2023 deadline for Plaintiffs to respond to Defendant's motion for summary judgment. Under the revised briefing schedule, Plaintiffs' opposition brief would be due February 5, 2024 and Defendant's reply, if any, would be due on March 7, 2024.

This is the second request by Plaintiffs for an extension of the briefing schedule, which is necessary due to the two associates on this matter, Jeffrey Kinkle and Katherine Adams, leaving the firm this month. This information was not known to Plaintiffs when we made our previous request for an extension on November 27, 2023. Defendant consents to this request.

We thank the Court for its attention to this matter.


**BELDOCK LEVINE & HOFFMAN LLP**

Hon. Jesse M. Furman
December 15, 2023
Page 2

                                            Respectfully submitted,

                                            David B. Rankin

cc: Defendant's counsel (by ECF)

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 26.

SO ORDERED.

December 18, 2023