UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECLAIM THE RECORDS and ALEC FERRETTI,

        Plaintiffs,

- against -

UNITED STATES DEPARTMENT OF STATE,

        Defendant.

No. 23-CV-1471

DECLARATION OF
DAVID B. RANKIN
IN OPPOSITION TO
DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT AND IN
SUPPORT OF CROSS-MOTION
FOR SUMMARY JUDGMENT

  I, David B. Rankin, an attorney duly licensed to practice law in this Court, pursuant to 28 U.S.C. § 1746, do hereby declare under penalties of perjury:

  1. I am a partner at Beldock Levine & Hoffman LLP, attorneys for Plaintiffs and am well-familiar with the facts of this case. I submit this declaration in opposition to Defendant's Motion for Summary Judgment and in support of Plaintiffs' Cross-Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56.

  2. Annexed hereto are true and accurate copies of the following exhibits:

  a. <u>Exhibit 1</u>: Plaintiff's FOIA request to the Department of State dated July 30, 2017.

  b. <u>Exhibit 2</u>: Defendant's letter acknowledging Plaintiff's request dated August 23, 2017.

  c. <u>Exhibit 3</u>: Plaintiff's status request email dated October 23, 2017 and Defendant's response email dated October 25, 2017.

  d. <u>Exhibit 4</u>: Plaintiff's status request email dated June 13, 2018 and Defendant's response email dated June 13, 2018.

e. <u>Exhibit 5</u>: Plaintiff's status request email dated January 17, 2019 and Defendant's response email dated March 8, 2019.

f. <u>Exhibit 6</u>: Plaintiff's status request email dated December 17, 2019 and Defendant's response email dated December 18, 2019.

g. <u>Exhibit 7</u>: Plaintiff's status request email dated May 6, 2021 and Defendant's response email dated May 14, 2021.

h. <u>Exhibit 8</u>: Defendant's email dated June 10, 2021 and Plaintiff's response email dated June 10, 2021, with 30-page attachment of U.S. Department of State Records Schedule, Chapter 13: Passport Records.

i. <u>Exhibit 9</u>: Privacy Impact Assessment, Passport Information Electronic Records System (PIERS), dated 10/2020, *downloaded from* https://www.state.gov/wp-content/uploads/2020/11/Passport-Information-Electronic-Records-System-PIERS-PIA.pdf (last accessed February 18, 2024).

Dated: February 19, 2024
New York, New York

Respectfully submitted,

BELDOCK LEVINE & HOFFMAN, LLP
99 Park Avenue, PH/26th Floor
New York, New York 10016
*Attorneys for Plaintiff*

By:_____
David B. Rankin
t: 212-277-5825
e: drankin@blhny.com