Gmail                                      **Alec Ferretti <al13fe26@gmail.com>**

---

## RE: Case Control Number F-2017-14380

---

**FOIA Status** <FOIAStatus@state.gov>                    Wed, Oct 25, 2017 at 12:23 PM
To: Alec Ferretti <al13fe26@gmail.com>

Dear Alec Ferretti,

This is in reference to your e-mail dated October 23, 2017, inquiring about the status of your Freedom of Information Act request.

The Department takes its FOIA responsibilities seriously.  We currently have a FOIA backlog of approximately 13,000 cases.  As a result, there could be a delay in processing your request.  Depending on the scope of your request and the potential volume of what may be responsive, and other factors, it could take until September 2019 to complete the processing.

For your information, the Department of State has a collection of records on its website and makes monthly postings of records previously released to FOIA requests.  You may search the Department's website at www.foia.state.gov for records that may be responsive to your request.

If you have any questions regarding the status of your request, please contact the FOIA Requester Service Center (FRSC) at 202-261-8484, or fax us at 202-261-8579 or send an e-mail to foiastatus@state.gov  and refer to your case control number.

Sincerely,

Charlotte W. Duckett

U.S. Department of State

**From:** Alec Ferretti [mailto:al13fe26@gmail.com]
**Sent:** Monday, October 23, 2017 6:31 PM
**To:** FOIA Status
**Subject:** F-2017-14380 Status

To whom it may concern,

I would like to inquire about the status of my pending FOIA request which was received on August, 11.  My control number is F-2017-14380. Thank you.


--

Alec Ferretti

**Official**

**UNCLASSIFIED**