Gmail                                                                                       Alec Ferretti <al13fe26@gmail.com>

## F-2017-14380 Status

FOIA Status <FOIAStatus@state.gov>                                                          Wed, Jun 13, 2018 at 12:54 PM
To: Alec Ferretti <al13fe26@gmail.com>

Dear Mr. Ferretti

This is in response to your email below regarding the status of FOIA Case Control Number F-2017-14380. The Office of Information Programs and Services electronic records system indicates that your request remains in process. You will be notified of the Department's search and review effort in response to this request as soon as it becomes available.

The Department processes FOIA and Privacy Act requests on a first-in, first-out basis, and currently has a backlog of approximately 10,500 cases. As a result, there is presently a delay in the completion of FOIA and Privacy Act requests. Your continued patience is appreciated during this process.

If you have any questions, please contact the FOIA Requester Service Center (FRSC) at (202) 261-8484, or fax us at (202) 261-8579 or send an e-mail to foiastatus@state.gov.

Sincerely,

U.S. Department of State

FOIA Requester Service Center

(202) 261-8484

foiastatus@state.gov


**From:** Alec Ferretti <al13fe26@gmail.com>
**Sent:** Wednesday, June 13, 2018 11:26 AM
**To:** FOIA Status <FOIAStatus@state.gov>
**Subject:** F-2017-14380 Status

To whom it may concern,

I would like to inquire about the status of my pending FOIA request which was received on August, 11.  My control number is F-2017-14380. Thank you.

--

Alec Ferretti

**Official - Transitory**

**UNCLASSIFIED**