M Gmail                                                                                       Alec Ferretti <al13fe26@gmail.com>

**F-2017-14380 Status**

FOIA Status <FOIAStatus@state.gov>                                                            Wed, Dec 18, 2019 at 4:29 PM
To: Alec Ferretti <al13fe26@gmail.com>

Mr. Ferretti,

This is in response to your email below concerning your FOIA case control number F-2017-14380.

Your request is in process. You will be notified of the results of the Department's search and review efforts in response to this request as soon as that information becomes available.

We truly appreciate your continued patience.

If you have further concerns or any questions regarding any FOIA-related matter, please contact the FOIA Requester Service Center (FRSC) at 202-261-8484 or send an e-mail to foiastatus@state.gov.

Regards,

U.S. Department of State
FOIA Requester Service Center

**From:** Alec Ferretti <al13fe26@gmail.com>
**Sent:** Tuesday, December 17, 2019 11:58 PM
**To:** FOIA Status <FOIAStatus@state.gov>
**Subject:** F-2017-14380 Status

Hello,

I would like to request an update on my FOIA request.

In 2017, I was told that my request may take until September 2019 to be processed.

My Control number is F-2017-14380.

Thank you.

--

Alec Ferretti

SBU -PRIVACY OR PII