Alec Ferretti <al13fe26@gmail.com>

## F-2017-14380 Status

FOIA Status <FOIAStatus@state.gov>    Fri, May 14, 2021 at 3:52 PM
To: "al13fe26@gmail.com" <al13fe26@gmail.com>

Mr. Ferretti,

This is in reference to your email below regarding the status of FOIA request control number F-2017-14380.

This request is still in process. The estimated date of completion (EDC) is February 14, 2022. Please be mindful that EDCs are estimates and are subject to change. You will be notified of the results of the Department's search and review efforts in response to this request when that information becomes available.

The Department currently has a backlog of FOIA requests. Additionally, due to the COVID-19 pandemic, resources to process FOIA cases are limited at the Department. Therefore, there will be a delay in processing requests. We truly appreciate your patience.

Sincerely,

U.S. Department of State

FOIA Requester Service Center

**From:** Alec Ferretti <al13fe26@gmail.com>
**Sent:** Thursday, May 6, 2021 11:25 PM
**To:** FOIA Status <FOIAStatus@state.gov>
**Subject:** F-2017-14380 Status

Hello,

I would like to request an update on my FOIA request.

In 2017, I was told that my request may take until September 2019 to be processed.

My Control number is F-2017-14380.

Please let me know my position in the queue.

--

Alec Ferretti

SENSITIVE BUT UNCLASSIFIED