UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
          :
RECLAIM THE RECORDS et al.,          :
          :
        Plaintiffs,          :
          :    23-CV-1471 (JMF)
    -v-          :
          :    <u>ORDER</u>
UNITED STATES DEPARTMENT OF STATE,          :
          :
        Defendant.          :
          :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On February 19, 2024, Plaintiffs timely filed their opposition to Defendant's motion for summary judgment together with a cross motion for summary judgment. *See* ECF Nos. 35-37. The current briefing schedule did not contemplate a cross-motion and provides that Defendant's reply, if any, shall be filed no later than March 21, 2024. *See* ECF No. 34. That deadline will remain in place, but in light of Plaintiffs' cross motion, by **March 21, 2024**, Defendant shall file together its reply in support of its motion as well as its opposition to Plaintiffs' cross motion in a single brief not to exceed twenty-five pages. Plaintiffs may then file any reply in support of their motion, not to exceed ten pages, no later than **April 4, 2024**.

        SO ORDERED.

Dated: February 20, 2024
       New York, New York          _____
                                            JESSE M. FURMAN
                                        United States District Judge