## BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF: 8289.093

WRITER'S DIRECT CONTACT:
646-496-2353
ben.meyers.esq@proton.me

March 20, 2024

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re: *Reclaim the Records and Alec Ferretti v. United States Department of State*, No. 23 Civ. 1471 (JMF)

Your Honor:

 I am counsel to Plaintiffs in the above-referenced action. The action was brought pursuant to the Freedom of Information Act ("FOIA") following Defendant's failure to respond to Plaintiffs' FOIA request seeking a copy of the index to all birth and death records held by the State Department for the Panama Canal Zone.

 We write with the consent of the Defendant to request permission to supplement our filings to include an Expert Declaration and a Supplemental Memorandum of Law in Opposition, and to adjust the remaining filing deadlines accordingly. Plaintiffs have retained the services of an expert witness in a closely related case, *Reclaim the Records v. Department of State*, 23 Civ. 1650 (JPC). In that case, with the same Assistant United States Attorney, another motion for summary judgment is being briefed concerning issues very similar to those in the present matter. Specifically, the technical capacities of an Agency database are common to both cases. Our proposed expert will be submitting a Declaration as to his views on the issue in 23 Civ.1650, based on his significant professional experience and expertise in this area.

BELDOCK LEVINE & HOFFMAN LLP

Hon. Jesse M. Furman
March 20, 2024
Page 2

      Plaintiffs are requesting permission to supplement our filings in the present matter to include a Declaration from the proposed expert and to supplement our existing Memorandum of Law in Opposition (Dkt. 37) by no more than a single page for the sole purpose of incorporating the expert's views on the issue identified above. It is Plaintiffs' view that this supplemental material will prove useful to the Court on the technical issues, and that the short delay involved will have no deleterious impact on the parties or be unfair to Defendant. While Defendant does not oppose this request, Defendant does not concede that Plaintiffs' proposed introduction of expert testimony in this matter will be appropriate or relevant. Your Honor has adjusted this briefing schedule on three prior occasions.

      Should Your Honor grant this request, the parties have agreed to the timeline below, which incorporates Defendant's counsel's pre-scheduled vacation dates of April 16-29 and the resulting need to reshuffle deadlines in his other cases:

- Plaintiffs' Supplemental Declaration and Supplemental Memorandum of Law in opposition will be filed March 29, 2024;
- Defendants Reply will be filed by May 13, 2024 (changed from March 21, 2024); and
- Plaintiffs' Reply on the cross-motion will be filed by May 27, 2024 (changed from April 4, 2024).

We thank the Court for its attention to this matter.

      Respectfully submitted,

      Benjamin Meyers

cc: Defendant's counsel (by ECF)

Application GRANTED. Given the generous briefing schedule approved herein, the parties should not expect any further extensions to be granted. The Clerk of Court is directed to terminate ECF No. 39.

SO ORDERED.

March 20, 2024