## BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF: **8289.093**

WRITER'S DIRECT CONTACT:
646-496-2353
ben.meyers.esq@proton.me

June 20, 2024

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Reclaim the Records and Alec Ferretti v. United States Department of State*, No. 23 Civ. 1471 (JMF)

Your Honor:

      I am Of Counsel to Beldock Levine & Hoffman LLP, representing Plaintiffs in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"). I write to respectfully request a 7-day extension of the June 26, 2024 deadline for Plaintiffs' reply to Defendant's Reply Memorandum of Law in Further Support of Defendant's Motion for Summary Judgment and In Opposition to Plaintiffs' Cross-Motion for Summary Judgment. Under the revised briefing schedule, Plaintiffs' reply brief would be due July 3, 2024. Defendant consents to this request.

      This is the fourth request by Plaintiffs for an extension of the briefing schedule. The previous requests, dated November 27, 2023, December 15, 2023, and February 1, 2023, were all granted. Additionally, on March 20, 2024 the Court granted Plaintiffs' request to file an amended Memorandum of Law in Opposition incorporating an expert declaration, which also extended the briefing schedule.

BELDOCK LEVINE & HOFFMAN LLP

Hon. Jesse M. Furman
June 20, 2024
Page 2

    The reason for this request is that for approximately two weeks, unanticipated health issues have caused considerable reduction of my work capacity, including my responsibilities regarding the instant reply brief.

    We thank the Court for its attention to this matter.

Respectfully submitted,

Benjamin Meyers

cc: Defendant's counsel (by ECF)

Application GRANTED. Further extensions are unikely to be granted. The Clerk of Court is directed to terminate ECF No. 48.

SO ORDERED.

June 20, 2024