UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RECLAIM THE RECORDS and
ALEC FERRETTI,

        Plaintiffs,               23-cv-01471-JMF

    -against-               NOTICE OF APPEAL

UNITED STATES DEPARTMENT OF
STATE,

        Defendant.
------------------------------------------------------------x

      Notice is hereby given that RECLAIM THE RECORDS and ALEC FERRETTI, Plaintiffs in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an order staying this action, entered on the 8th day of August 2024.

      Dated: September 6, 2024
           New York, New York

      */s/* David B. Rankin _____

      David B. Rankin, Esq.
      *Counsel for Plaintiffs*

      Beldock, Levine & Hoffman, LLP
      99 Park Avenue, PH/26th Floor
      New York, NY 10016
      Tel.: 212-277-5825
      Email: drankin@blhny.com